# BILL OF SALE

## VEHICLE DESCRIPTION

| VEHICLE IDENTIFICATION NUMBER (VIN) | YEAR | MAKE | MODEL |
|---|---|---|---|
| 3C6URSDL4KG692889 | 2019 | Ram | 2500 |

I/We _____ sell, transfer and deliver the above vehicle
(PRINT SELLER'S NAME)

to _____Paul Turner_____ on ___/___/___ for $ 36,000
(PRINT BUYER'S NAME)     MO  DAY  YEAR     (SELLING PRICE)

If this was a gift, indicate relationship: _____ (e.g. parent, spouse, friend, etc.)

## SELLER INFORMATION

| PRINT NAME | SIGNATURE | DATE |
|---|---|---|
| Dennis Bruce | X | 10-20-23 |
| PRINT NAME | SIGNATURE | DATE |
| | X | |

| MAILING ADDRESS | CITY | STATE | ZIP | DAYTIME PHONE # |
|---|---|---|---|---|
| | | | | |

## BUYER INFORMATION

| PRINT NAME | SIGNATURE | DATE |
|---|---|---|
| Paul Turner | X | |
| PRINT NAME | SIGNATURE | DATE |
| | X | |

| MAILING ADDRESS | CITY | STATE | ZIP | DAYTIME PHONE # |
|---|---|---|---|---|
| 394 Prospect St | Rubio | IA | 52585 | 918-948-2666 |

This form should be completed in ink.  Errors or alterations on the title or other documents presented for title transfer may require this form to be notarized.

**For notary use if applicable**

Per Iowa Code 321.13, the department shall examine and determine the genuineness, regularity, and legality of every application made to the department, and may investigate or require additional information. The department may reject any application if not satisfied of the genuineness, regularity, or legality of the application or the truth of any statement made within the application, or for any other reason, when authorized by law. The department may retain possession of any record or document until the investigation of the application is completed if it appears that the record or document is fictitious or unlawfully or erroneously issued and shall not return the record or document if it is determined to be fictitious or unlawfully or erroneously issued.

Subscribed and sworn to before me this _____ day of _____, 20 _____

personally appeared _____ as seller of said vehicle.
(print seller's name)

_____
Notary Signature

Seal                    Notary Public in and for the State of _____

Exhibit A

# STATE OF IOWA

## CERTIFICATE OF TITLE TO A VEHICLE

Regular

### Designation

| | | | |
|---|---|---|---|
| Title No. 57AO19233 | Issuing County Linn | | Issue Date 10/30/2023 |
| VIN 3C6UR5DL4KG692889 | Managing County Linn | | Type Truck |

| | | | | | |
|---|---|---|---|---|---|
| Year | 2019 | Make Ram | Model 2500 Big Horn | Style | PK |
| Cyl. | 6 | Fuel Diesel | Weight 6,800 | GVWR | 10000 |
| Color | White | | LP. $45,000 | Sq. Ft. | |
| Odometer | 31 Actual Miles | | | Cumulative Damage | |

### Owner(s)

BDC Group Inc
Bruce, Dennis Clifford
925 Boyson Ct
Hiawatha  IA  522331233

Or

| | Fee | Penalty |
|---|---|---|
| Title Fees | $0.00 | $0.00 |
| SI Fees | $0.00 | |
| Other Fees | $0.00 | |
| Totals | $0.00 | $0.00 |

Prev. Title No./ST  57AL15447 / IA
Prev. Owner         PREVIOUS ELECTRONIC TITLE
Pat McGrath Chrysler Jeep Dodge RAM
Fiat
4610 CENTER POINT RD NE
CEDAR RAPIDS  IA  524022412

**1ST Security Interest**    If there are NO Security Interests "X" here: [X]
Date:                        No:
Held By:
Address:

**Cancellation of 1ST Security Interest**
Date_____ No_____ Date_____
Holder_____ CO Treas_____
By_____ By_____

**2ND Security Interest**
Date:                        No:
Held By:
Address:

**Cancellation of 2ND Security Interest**
Date_____ No_____ Date_____
Holder_____ CO Treas_____
By_____ By_____

**3RD Security Interest**
Date:                        No:
Held By:
Address:

**Cancellation of 3RD Security Interest**
Date_____ No_____ Date_____
Holder_____ CO Treas_____
By_____ By_____

Witness My Hand

Brent C. Oleson          By:                          Deputy
County Treasurer

LCol

THIS TITLE CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

▷**Federal and State law** requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and / or imprisonment

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the motor vehicle described in this title has been transferred to the following printed name and address:

*Paul Glass*                354 Prost St Rubio, IA 52585

I further certify that the odometer reading is: *101809*  ODOMETER READING (No Tenths)  and that to the best of my knowledge the odometer mileage is:

☑ actual mileage   ☐ not actual mileage - WARNING ODOMETER DISCREPANCY   ☐ exceeds mechanical limits of odometer   DATE OF SALE *10/20/2023*

**D I S C L O S U R E**

1. I have knowledge the motor vehicle is now or was previously titled as salvage, rebuilt or flood in this state or any other state:   ☐ Yes   ☑ No

   If Yes, and the front of this title does not indicate that the vehicle was previously titled as salvage, rebuilt or flood, you must complete a separate damage disclosure statement and give to the buyer.

2. If you answered "No" to question #1, complete the following:

   I have knowledge that, prior to or during the time I owned the motor vehicle, it sustained damage for which the cost of repair exceeded 70% of the fair market value before it became damaged.

   ☐ Yes   ☑ No

Signature(s) of Seller(s) _____

Printed Name of Seller *Dennis Bryce / BDC Group*

"I am aware of the above odometer certification made by the seller"

Signature(s) of Buyer(s) _____   Printed Name(s) *Paul Turner*

---

## FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the motor vehicle described in this title has been transferred to the following printed name and address:

I further certify that the odometer reading is: _____ ODOMETER READING (No Tenths)  and that to the best of my knowledge the odometer mileage is:

☐ actual mileage   ☐ not actual mileage - WARNING ODOMETER DISCREPANCY   ☐ exceeds mechanical limits of odometer   DATE OF SALE _____

**D I S C L O S U R E**

1. I have knowledge the motor vehicle is now or was previously titled as salvage, rebuilt or flood in this state or any other state:   ☐ Yes   ☐ No

   If Yes, and the front of this title does not indicate that the vehicle was previously titled as salvage, rebuilt or flood, you must complete a separate damage disclosure statement and give to the buyer.

2. If you answered "No" to question #1, complete the following:

   I have knowledge that, prior to or during the time I owned the motor vehicle, it sustained damage for which the cost of repair exceeded 70% of the fair market value before it became damaged.

   ☐ Yes   ☐ No

Name of Dealer _____   Dealer No. _____

Signature of Dealer Representative _____

Printed Name of Dealer Representative _____   Title _____

"I am aware of the above odometer certification made by the seller"

Signature(s) of Buyer(s) _____

---

## SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the motor vehicle described in this title has been transferred to the following printed name and address:

I further certify that the odometer reading is: _____ ODOMETER READING (No Tenths)  and that to the best of my knowledge the odometer mileage is:

☐ actual mileage   ☐ not actual mileage - WARNING ODOMETER DISCREPANCY   ☐ exceeds mechanical limits of odometer   DATE OF SALE _____

**D I S C L O S U R E**

1. I have knowledge the motor vehicle is now or was previously titled as salvage, rebuilt or flood in this state or any other state:   ☐ Yes   ☐ No

   If Yes, and the front of this title does not indicate that the vehicle was previously titled as salvage, rebuilt or flood, you must complete a separate damage disclosure statement and give to the buyer.

2. If you answered "No" to question #1, complete the following:

   I have knowledge that, prior to or during the time I owned the motor vehicle, it sustained damage for which the cost of repair exceeded 70% of the fair market value before it became damaged.

   ☐ Yes   ☐ No

Name of Dealer _____   Dealer No. _____

Signature of Dealer Representative _____

Printed Name of Dealer Representative _____   Title _____

"I am aware of the above odometer certification made by the seller"

Signature(s) of Buyer(s) _____   Printed Name(s) _____

Any Alteration or Erasure Voids This Title

13971905

DENNIS C BRUCE
565 EASTVIEW AVE
MARION IA 52302-5974                          10/01/23    10/31/23

2

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Returned Item Fees | 0.00 | 0.00 |
| Total Overdraft Fees | 0.00 | 58.00 |

```
10/01 ID 0061 IMPACT MONEY MARKET Balance Forward                                    -8.00
             Joint Owner:
             CANDACE BRUCE
10/10        Deposit Contact Center Ext Transfer From Share 0041          8.00        0.00
             Transfer: MC-19324-10101432
10/10 ID 0061 IMPACT MONEY MARKET Closed
             *** This is the final statement you will receive for this account ***
             *** Please retain this final statement for tax reporting purposes ***
             Dividends Paid Year to Date                                  481.21
```

```
10/01 ID 1001 24 MONTH CD Balance Forward                                          21253.54
             Joint Owner:
             CANDACE BRUCE
10/31        Ending Balance                                                        21253.54
             24 MONTH CD will mature on 01/27/25
             Dividends Paid Year to Date                                     63.47
```
*CD*

```
             *** ANNUAL PERCENTAGE RATE  3.480% ***      Periodic Rate (Daily) .009534%
10/01 ID 0003 2019 RAM 2500 Balance Forward                                        14181.81
10/20        Payments                         -14181.81  33.80    14215.61          0.00
10/20 ID 0003 2019 RAM 2500 Closed
             *** This is the final statement you will receive for this account ***
             *** Please retain this final statement for tax reporting purposes ***
             Interest Paid Year to Date                                     570.47
```
*PU loan*

```
             Total Dividends Paid Year to Date                              547.47
             Total Interest Paid Year to Date                               570.47
```

```
============================= Account Balance Summary ===========================
Total Shares                         Balance | Total Loans                        Balance
SHARE SAVINGS                         100.08 | 2019 RAM 2500                         0.00
             --- Continued on following page ---
```

108,443

*persl*

*Cashed CD*

*$ ultimately went to pay dn house mtge*

Exhibit C page 001

1        U.S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF IOWA
2        Bankruptcy Petition No.: 24-00179

3

4   IN RE: Dennis Clifford Bruce,

5   Debtor.                                    Voluntary

6   _____            341

7

8

9

10              SECTION 341 MEETING OF CREDITORS

11                    MARCH 4, 2024

12

13        Due to the quality of the recorded media, portions
    were unable to be transcribed.  The transcript may also
14  include misinterpreted words.  The transcriber was not
    present at the time of the recording; therefore, this
15  transcript should not be considered verbatim.

16

17

18  AUDIO RECORDING WAS TRANSCRIBED BY:

19  Sarah M. Elvington, RPR
    Lexitas Legal - Transcription
20  711 North Eleventh Street
    St. Louis, Missouri 63101
21  (800) 280-3376

22

23

24

25

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Exhibit D page001

Audio Transcription

Page 2

1                    T R A N S C R I P T I O N

2        TRUSTEE:  Okay.  This is the meeting of creditors

3  for Dennis Bruce.  It's case 24-00179.  The case was filed on

4  March 4.

5             Mr. Bruce, raise your right hand.  Do you swear

6  or affirm the testimony you're about to give in this case

7  will be the truth, the whole truth, and nothing but the

8  truth?

9        MR. BRUCE:  I do.

10             (Whereupon, the debtor is sworn.)

11        TRUSTEE:  Okay.  At the time you filed this case

12  you showed an address in Marion.  Has that address remained

13  the same since you filed this case?

14        MR. BRUCE:  Yes.

15        TRUSTEE:  If that address does change while this

16  case remains open, make certain that you advise your

17  attorney, myself, and the bankruptcy court.

18             Who do I have on the phone that's interested in

19  this case?

20        MR. LUDOLPH:  This is Mark Ludolph from Heyl,

21  Royster, Voelker & Allen on behalf of Caterpillar Financial

22  Services Corporation.

23        TRUSTEE:  Okay.  Have you filed an appearance in

24  the case?

25        MR. LUDOLPH:  I have.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Exhibit D page002

1          TRUSTEE:  Okay.  Tell me your last name again,

2    Mark.

3          MR. LUDOLPH:  Ludolph.  It's L-U-D-O-L-P-H.  It's

4    just like the reindeer, only an "L."

5          TRUSTEE:  Okay.  All right.  Anyone else?

6          MR. MOSCOVE:  Yes.  This is Evan Moscove.  I'm here

7    for Green Note Capital Partners.  I just filed my appearance

8    yesterday.

9          TRUSTEE:  Okay.  And I saw that one.  I remember

10   that one.  Anyone else?

11         MR. MOSCOVE:  Thank you.

12         MR. LANGSTON:  (Inaudible.) I'm Eric Langston for

13   Ditch Witch of Virginia.  And I just want to file my

14   appearance.  I'll get that out.

15         TRUSTEE:  Okay.  I know where you're at.  So I was

16   just trying to make it simpler so I can look and get

17   addresses.  Okay.  Anyone else?  So I've got Mark, Evan, and

18   Eric.  All right.  I will -- we're going to proceed.

19              I've reviewed your Iowa driver's license and

20   Social Security card.  The information that's reflected in

21   those documents agrees with the 341 meeting notice.

22              Counsel, can you confirm that the driver's

23   license forwarded to me by your office does depict your

24   client who is the debtor in this case.

25         MR. MARTIN:  Yes.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com              California Firm Registration #179

Exhibit D page003

1        TRUSTEE:  Okay.  Back to you, Mr. Bruce.  Did you

2    reside in the state of Iowa during the entire two years prior

3    to March 4, the date this case was filed?

4        MR. BRUCE:  Yes.

5        TRUSTEE:  Did you review the petition schedules,

6    Statement of Financial Affairs, and other documents that have

7    been filed for you in this case with your attorney before

8    they were signed?

9        MR. BRUCE:  Yes.

10       TRUSTEE:  Were you personally familiar with the

11   information that you reviewed in those documents?

12       MR. BRUCE:  Yes.

13       TRUSTEE:  Did you sign the documents?

14       MR. BRUCE:  Yes.

15       TRUSTEE:  Were the documents true and correct at

16   the time you did sign them?

17       MR. BRUCE:  They are correct, but I believe that

18   there is an error in part of the documents that I believe

19   that Trustee has found.

20       TRUSTEE:  And what error would that be?

21       MR. BRUCE:  There was an additional payment to my

22   residence that was not recorded in the filing.

23       TRUSTEE:  Okay.  That's a payment to the mortgage;

24   is that right?

25       MR. BRUCE:  Yes, sir.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                          California Firm Registration #179

LEXITAS

Exhibit D page004

Page 5

1          TRUSTEE:  And I believe that amount was 50,000?

2          MR. BRUCE:  That is correct.

3          TRUSTEE:  Okay.  Anything else that should be

4    brought to my attention at this time?

5          MR. BRUCE:  To my knowledge, I'm not aware of it.

6          TRUSTEE:  All right.  Have you filed bankruptcy

7    previously?

8          MR. BRUCE:  Never.

9          TRUSTEE:  Did you list all of your property in the

10   schedules filed in this case?

11         MR. BRUCE:  I did, yes.

12         TRUSTEE:  Did you list all of your debts in the

13   schedules filed in this case?

14         MR. BRUCE:  Yes.

15         TRUSTEE:  Okay.  You list a debt owing to BMW

16   Financial Services that's secured by -- it's a lease on a BMW

17   430.  You're going to retain that vehicle and enter into a

18   reaffirmation agreement?

19         MR. BRUCE:  Yes.

20         MR. MARTIN:  Excuse me.  I'm Ron Martin.  Actually,

21   the documents is an assumption of the lease as opposed to a

22   reaffirmation agreement.

23         TRUSTEE:  Okay.

24         MR. MARTIN:  We provided that document to you and

25   we've gotten the signed document back from BMW.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179
                                                           Exhibit D page005

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 10 of 64
Audio Transcription

Page 6

1          TRUSTEE:  Okay.  And I've seen that document so I'm

2     familiar with what you're talking about.

3               Okay.  I'm looking through the schedules.  You

4     have -- there's a question in the Statement of Financial

5     Affairs, question 6, we've got a payment for legal fees.  Is

6     that the only payment that you've made for legal fees to

7     Mr. Martin's office?

8          MR. MARTIN:  What page is that?

9          TRUSTEE:  Page 2, question 6.

10         MR. BRUCE:  Based on the (inaudible) that is

11    correct.

12         TRUSTEE:  Okay.

13         MR. BRUCE:  We're going to confirm it real quick.

14         TRUSTEE:  All right.  Then at the top of the next

15    page are -- there are payments to IBMC, which is the mortgage

16    holder on your -- was the mortgage holder on your home;

17    correct?

18         MR. BRUCE:  Yes.

19         TRUSTEE:  And that's where the $50,000 payment

20    should go?

21         MR. BRUCE:  That is correct.

22         TRUSTEE:  I think there was also a small payment,

23    about 6,800 bucks, that went to them also; does that sound

24    right?

25         MR. BRUCE:  Yes, I believe so.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                          California Firm Registration #179

LEXITAS

Exhibit D page006

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 11 of 64
Audio Transcription

Page 7

1          TRUSTEE:  Okay.

2          MR. BRUCE:  What I'm seeing, it was the final

3    payment, yes.

4          TRUSTEE:  Yeah, I just found it's 6,724.58, I

5    believe.

6          MR. BRUCE:  That sounds correct.

7          TRUSTEE:  Okay.

8          MR. BRUCE:  I don't remember the exact number, but

9    it sounds correct.

10          TRUSTEE:  Okay.  In question 8 there's a payment to

11    Candace Bruce.  And Candace Bruce is your wife?

12          MR. BRUCE:  Yes.

13          TRUSTEE:  And that disclosure says that you paid

14    her $23,754, and that was 50 percent, half of a Robinhood

15    brokerage account.

16          MR. BRUCE:  That is correct.

17          TRUSTEE:  And that closed that account; is that

18    right?

19          MR. BRUCE:  There -- for the app itself, I was

20    unable to withdraw the last -- at the time it was about

21    $10,000.  I don't know the amount today, obviously, it's a

22    stock.  I no longer have access to it and I was unable to

23    withdraw the funds prior to filing.  So those funds are still

24    floating within the Robinhood account.

25          TRUSTEE:  Okay.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.          LEXITAS
www.lexitaslegal.com                    California Firm Registration #179
                                                                                    Exhibit D page007

Audio Transcription

Page 8

1          MR. BRUCE:  However, again, I do not have access to

2     it because with filing the business bankruptcy, I no longer

3     have that e-mail address and I no longer have access to that

4     account.

5          TRUSTEE:  Okay.  So you --

6          MR. MARTIN:  Larry, this is Ron Martin.  So we

7     discussed it and Dennis said that we needed to file when we

8     needed to file.  So I believe if you can get that ten grand

9     out of there, then it's property of the bankruptcy estate.

10    We could not --

11         TRUSTEE:  Okay.

12         MR. MARTIN:  -- at the time.

13         TRUSTEE:  Okay.  So tell me -- I know it's an

14    online brokerage.  I've never dealt with them.  You

15    apparently have to -- what do you have, two-factor

16    authentication?

17         MR. BRUCE:  Yes.

18         TRUSTEE:  Okay.  So the -- they were going to send

19    a code back to your office e-mail and you didn't have that

20    office e-mail?

21         MR. BRUCE:  Correct.  And then I tried to -- tried

22    to video or picture taking my driver's license.  It did not

23    work.  I tried -- for authentication -- I also tried my

24    passport and that did not work either --

25         TRUSTEE:  Okay.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179
LEXITAS
Exhibit D page008

1        MR. BRUCE:  -- for authentication.  I reached out

2   to Robinhood.  There's no phone number to call anyone, but I

3   e-mailed in correspondence.  I reached out to a couple of

4   different parties within their website e-mail contact list

5   and it never went anywhere.

6        TRUSTEE:  Okay.

7        MR. BRUCE:  And I even stated that I was filing for

8   bankruptcy and I needed access and so forth.

9        TRUSTEE:  So do you have an account number?  Do you

10  have some account statements that you printed off?

11       MR. BRUCE:  I do not believe I have any account

12  statements because everything was accessed through that

13  portal, online portal.

14       TRUSTEE:  So how am I going to identify this?  Good

15  question?  So --

16       MR. MARTIN:  Larry, excuse me, this is Ron Martin.

17  Naturally, Dennis will assist you.  I mean, if you want him

18  to try reaching out to them again and maybe he can bring the

19  weight of the federal bankruptcy court on them and maybe make

20  some knees rattle.

21       TRUSTEE:  Okay.

22       MR. MARTIN:  Dennis will try to (inaudible).  You

23  know, right now, if we could have got it out and put it in an

24  exempt asset, we would have.  We can't, and so we didn't.

25       TRUSTEE:  Okay.  And --

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.        LEXITAS
www.lexitaslegal.com                          California Firm Registration #179
Exhibit D page009

Page 10

1          MR. MARTIN:  (Inaudible.)

2          TRUSTEE:  And you say that it was a stock

3   investment; is that right?

4          MR. BRUCE:  A stock investment?

5          TRUSTEE:  Or was it just cash?  What's left in the

6   account?

7          MR. MARTIN:  It's a brokerage account.  Are there

8   stocks in there, Dennis?

9          MR. BRUCE:  Yeah, it's purchasing stock.

10         TRUSTEE:  I understand that.  But you said you

11  didn't know the value today.  Is that because it's invested

12  in one or more stocks?

13         MR. BRUCE:  That is correct.

14         TRUSTEE:  Okay.  All right.  Well, I'm going to

15  work through them hopefully and try and get that done.  In

16  that same question, Statement of Financial Affairs question 8

17  on payments, it says $60,000 paid off the joint mortgage.  We

18  know that amount's a different number because of what we've

19  already talked about.

20              Prior to -- prior to the lump sum payments that

21  you've disclosed in the schedules, what were your payments to

22  your mortgage holder, IBMC?

23         MR. BRUCE:  Is your question, what was the normal

24  monthly payment?

25              TRUSTEE:  Yes.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179
LEXITAS
Exhibit D page010

Case 24-09020    Doc 1-1    Filed 07/15/24    Entered 07/15/24 13:33:17    Desc Exhibit
Exhibits A - G    Page 15 of 64
Audio Transcription

Page 11

1          MR. BRUCE:  One second.

2          TRUSTEE:  Let me ask this before you go digging for

3    that.  Did -- you would have paid off that mortgage.  You

4    would have gotten a tax document from them.  The mortgage

5    holder more than likely listed all of your payments in the

6    last year.  Do you recall having received that?

7          MR. BRUCE:  I did receive an end-of-the-year

8    listing of our -- you know, how much interest I paid in.

9          TRUSTEE:  Okay.

10         MR. BRUCE:  The regular monthly payment, I paid

11   twice a month.  That twice-a-month payment was -- I sometimes

12   paid a little extra, but the minimum requirement was

13   $1,737.02.

14         TRUSTEE:  Okay.  And you say you sometimes paid a

15   little extra.  Are you talking a few hundred dollars?

16         MR. BRUCE:  A few hundred dollars per month.

17         TRUSTEE:  Okay.  So at the beginning of last year,

18   2023, what do you think that mortgage balance was?

19         MR. BRUCE:  I don't know.

20         TRUSTEE:  All right.  Can you locate the mortgage

21   statement that you received?

22         MR. BRUCE:  The one that I received for the end of

23   the year for taxes, yes.

24         TRUSTEE:  Yes.  Will you provide that to me?

25         MR. BRUCE:  Sure.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.          LEXITAS
www.lexitaslegal.com                              California Firm Registration #179
                                                                        Exhibit D page011

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 16 of 64
Audio Transcription

Page 12

1          TRUSTEE:  Okay.  You list a number of lawsuits in

2    the -- number of lawsuits in the schedules.  I'm getting a

3    horrible echo.  Is somebody on a conference phone somewhere?

4          UNIDENTIFIED MALE:  I am.

5          TRUSTEE:  Okay, yeah, maybe that's where it's

6    coming from.  I know I am also.  I can't record and write

7    otherwise so -- okay.

8               So there's a number of lawsuits that you've

9    listed in an answer to question 9 of the Statement of

10   Financial Affairs.  Was any money or property taken from you

11   as the result of any of those lawsuits?

12         MR. BRUCE:  Personally, no.

13         TRUSTEE:  Okay.  Did any of those -- did you make

14   payment to anybody to terminate or end any of those lawsuits?

15         MR. BRUCE:  Not personally.

16         TRUSTEE:  So when you say "not personally," I

17   assume that the corporation made some payments.

18         MR. BRUCE:  Possibly.  I didn't do -- I did not do

19   a comparison.

20         TRUSTEE:  Okay.

21         MR. MARTIN:  Larry, this is Ron Martin.  I think

22   the ones where they said BDC Group and Dennis Bruce, that

23   they were filing against both of them, they were probably

24   initially stayed by BDC Group and then we had some people who

25   were suing Mr. Bruce on personal guarantees.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                              California Firm Registration #179
LEXITAS
Exhibit D page012

1          TRUSTEE:  Yeah.

2          MR. MARTIN:  That's pretty much what (inaudible)

3     his filing.

4          TRUSTEE:  Okay.  Okay.  In the two years prior to

5     March 4, the date this case was filed, did you sell,

6     transfer, give away, or have taken from you any property?

7          MR. BRUCE:  No.

8          TRUSTEE:  There's this -- there was the sale of a

9     motor vehicle that was disclosed in an e-mail to me.  Was

10    that titled in your name?

11         MR. BRUCE:  Yes.

12         TRUSTEE:  So that probably should be listed here;

13    is that right?

14         MR. BRUCE:  It is.  The funds were.  Sorry, maybe

15    not the vehicle, but the funds were.

16         TRUSTEE:  Whose name was the 2018 Jeep in that was

17    sold in early January of '24?

18         MR. BRUCE:  It was in my name.

19         TRUSTEE:  And was that when it was sold, January of

20    '24?

21         MR. BRUCE:  That sounds correct.

22         TRUSTEE:  Okay.  And there was $16,250 deposited to

23    a bank account of yours.

24         MR. BRUCE:  That's correct.

25         TRUSTEE:  Is that what that vehicle was sold for?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                        California Firm Registration #179

LEXITAS

Exhibit D page013

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G    Page 18 of 64
Audio Transcription

Page 14

1           MR. BRUCE:  It was sold for actually double that,

2   and I split -- gave half to my wife and half to myself.

3           TRUSTEE:  Was it jointly owned?

4           MR. BRUCE:  Yes.

5           TRUSTEE:  Any other property sold, transferred,

6   given away, taken from you in the two years prior to filing?

7           MR. BRUCE:  No.

8           TRUSTEE:  Did anyone other than yourself have

9   possession to any of your property on the date you filed this

10  case, March 4?  We've talked about Robinhood so exclude them.

11          MR. BRUCE:  Just my wife.

12          TRUSTEE:  How long have you owned your home?

13          MR. BRUCE:  2016, I believe.

14          TRUSTEE:  The mortgage that was recently paid off,

15  when was that mortgage acquired?

16          MR. BRUCE:  2016.

17          TRUSTEE:  Okay.  So it was an original mortgage?

18          MR. BRUCE:  Yes.

19          TRUSTEE:  Do you have any debts that are unpaid for

20  repair or improvement of your home?

21          MR. BRUCE:  There is nothing unpaid at this time.

22          TRUSTEE:  Was there around March 4?

23          MR. BRUCE:  No.

24          TRUSTEE:  The only motor vehicle that's listed in

25  the schedules is a 2023 BMW.  Did you have ownership interest

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                     California Firm Registration #179

LEXITAS

Exhibit D page014

1   in any other motor vehicles at the time you filed this case

2   on March 4?

3           MR. BRUCE:  Personally, we had the BMW and the Jeep

4   Wrangler, and that's it.  They were -- now, to clarify, there

5   were some vehicles that were BDC/Dennis Bruce that were

6   titled that went and stayed with the company that the company

7   paid for.

8           TRUSTEE:  So were they jointly titled to the

9   corporation and to you?

10          MR. BRUCE:  The loans were.  I can't necessarily

11  say the titles necessarily were.

12          TRUSTEE:  Okay.

13          MR. BRUCE:  And then the company paid for all of

14  those vehicles, obviously.

15          TRUSTEE:  All right.  You list a number of bank

16  accounts:  GreenState Credit Union, Veridian Credit Union,

17  Collins Community Credit Union, and another Veridian Credit

18  Union.  Three of those are checking accounts and one is a

19  savings account.  Did you have any ownership interest in any

20  other accounts at the time you filed this case?

21          MR. BRUCE:  No.

22          TRUSTEE:  Okay, not -- I know of Robinhood, so

23  that's an account.  So how about, had you closed any accounts

24  that you had at any time in the prior year, any account in

25  which you could deposit money?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                California Firm Registration #179
Exhibit D page015

LEXITAS

1          MR. BRUCE:  In the last year?

2          TRUSTEE:  Yes.

3          MR. BRUCE:  There might have been an account that's

4   less than 12 months old from F&M Bank, but I don't believe

5   so.

6          TRUSTEE:  Okay.  So it would be on the outside

7   edges of one year?

8          MR. BRUCE:  Yes.  The funds were either transferred

9   into one of the three other accounts (inaudible) Veridian,

10  Collins, or GreenState.

11         TRUSTEE:  Okay.

12         MR. BRUCE:  Okay.

13         TRUSTEE:  You list ownership of the BDC Group,

14  Inc., stock.  Did you have ownership interest in any other

15  partnerships, limited liability companies, joint ventures, or

16  corporations?

17         MR. BRUCE:  No.

18         TRUSTEE:  The Collins Community Credit Union IRA is

19  a newly created IRA?

20         MR. BRUCE:  Yes.

21         TRUSTEE:  Have you filed your tax returns yet for

22  2023?

23         MR. BRUCE:  I did, but we may request -- depending

24  on circumstances with BDC Group, I only filed based on my

25  wife and I's employment W-2s, I think that's what they are.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179
LEXITAS
Exhibit D page016

1   BDC Group -- the trustee for BDC Group did not or does not

2   intend on filing taxes for BDC Group.

3           So the question is today:  Do we -- what do we

4   do with that?  As you know, BDC Group, with the losses -- and

5   I filed that as an S Corp. -- may change the outcome of the

6   tax liability for me, personally, if BDC Group had taxes

7   filed, if that makes sense.

8           TRUSTEE:  Yeah, I do understand what you're saying.

9   Can you provide me with a copy of your 2023 tax returns, both

10  state and federal?

11          MR. BRUCE:  For me, personally?

12          TRUSTEE:  Yes.

13          MR. BRUCE:  Yes.

14          TRUSTEE:  I'm sorry, did you answer that question?

15          MR. BRUCE:  I did.  Yes.

16          TRUSTEE:  Okay.  So you'll provide me with a copy

17  of those personally filed 2023 tax returns?

18          MR. BRUCE:  Yes.  And currently, it's -- the money

19  is owed to federal and a smaller return on state.

20          TRUSTEE:  Okay.

21          MR. BRUCE:  But we'll get you a copy of that.

22          TRUSTEE:  Okay.  And as you say, that could change

23  depending -- or if you write off more of your investment or

24  ownership of the corporation?

25          MR. BRUCE:  That's correct.  We have -- if we add

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.         LEXITAS
www.lexitaslegal.com                                    California Firm Registration #179
                                                                                    Exhibit D page017

1   BDC Group to that process, most likely there'll be a return

2   versus a payment owed.

3        TRUSTEE:  Okay.  You do list some tax debts in the

4   schedules.  Are those your personal tax debts or are those

5   corporate tax debts?  It looks like they're corporate.

6        MR. BRUCE:  What page?

7        MR. MARTIN:  What page are you talking --

8        TRUSTEE:  Well, I'm on page -- I'm on the Schedule

9   E/F, page 1 and page 2.  You list Internal Revenue Service

10  and Iowa Department of Revenue as the first two creditors.

11       MR. BRUCE:  Yeah, that's definitely BDC Group.

12       TRUSTEE:  Okay.  Do you think those are payroll

13  taxes?

14       MR. BRUCE:  Yes.

15       TRUSTEE:  Have you been personally assessed for

16  those payroll taxes?

17       MR. BRUCE:  I don't understand the question.

18       MR. MARTIN:  Larry, this is Ron Martin.  I don't

19  think he has been personally assessed yet.  I think that it's

20  going to come down to the responsible -- who's the

21  responsible party, and our position is that Dennis was not

22  the one who was supposed to be writing the checks.

23       My understanding -- and I didn't get the BDC

24  Group, but my understanding was, when they got close to the

25  time where they thought that they could not cash flow a plan,

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                California Firm Registration #179
                                                                                    Exhibit D page018

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 23 of 64
Audio Transcription

Page 19

1    then the primary secured lender cut off cash and it

2    accumulated.  That much is owed in taxes, is my

3    understanding.  So out of an abundance of caution we put it

4    in there so that the IRS would know.

5            TRUSTEE:  Okay.  Did anyone owe you any money or

6    property or did you have a claim against anyone for any sort

7    of money damages as of March 4, the date you filed this case?

8            MR. BRUCE:  No.

9            TRUSTEE:  Did you own any snowmobiles,

10   four-wheelers, ATVs, two-wheeled vehicles, or watercraft on

11   March 4?

12           MR. BRUCE:  No.

13           TRUSTEE:  Have you filed all of the tax returns

14   you're required to file?

15           MR. BRUCE:  Yes, I have.

16           TRUSTEE:  And we talked about tax refunds.  You say

17   that you owe on the federal return and you have a small Iowa

18   refund.

19           MR. BRUCE:  Yes.

20           TRUSTEE:  Are you an heir or a beneficiary of an

21   estate or a trust?

22           MR. BRUCE:  No.

23           TRUSTEE:  If you do inherit or become entitled to

24   receive proceeds from a life insurance policy as the result

25   of a death that occurs within 180 days after March 4, make

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                          California Firm Registration #179

LEXITAS

Exhibit D page019

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 24 of 64
Audio Transcription

Page 20

1   certain that you advise your attorney, myself, and the

2   bankruptcy court because that property would become an asset

3   of this bankruptcy case.

4                In the year prior to March 4, did you purchase,

5   use, or receive cashier's checks, money orders, or any sort

6   of prepaid debit or credit card?

7                MR. BRUCE:  I think no, but can you -- can you

8   rephrase that or ask it again?  I'm sorry.

9                TRUSTEE:  Sure.  In the year prior to March 4, the

10   date this case was filed, did you purchase, use, or receive

11   cashier's checks or money orders or any sort of prepaid debit

12   or credit card?

13                MR. BRUCE:  Oh, no.

14                TRUSTEE:  All right.  Do you have a court-ordered

15   obligation to pay support or expenses for the benefit of a

16   child or former spouse?

17                MR. BRUCE:  I do not owe any, no.

18                TRUSTEE:  Do you have an obligation, however?

19                MR. BRUCE:  No.

20                TRUSTEE:  Are you employed presently?

21                MR. BRUCE:  Yes.

22                TRUSTEE:  Where are you employed?

23                MR. BRUCE:  I just started with an organization

24   called Vertek.

25                TRUSTEE:  Do you have an ownership interest in

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.          **LEXITAS**
www.lexitaslegal.com                        California Firm Registration #179

Exhibit D page020

1    that?

2              MR. BRUCE:  No.

3              TRUSTEE:  Do you have a right to purchase ownership

4    in that entity?

5              MR. BRUCE:  No.

6              TRUSTEE:  When did you start with Vertek?

7              MR. BRUCE:  Two weeks ago.

8              TRUSTEE:  Was your wife employed during 2023?

9              MR. BRUCE:  She was employed for BDC Group.

10             TRUSTEE:  So no other employment other than BDC

11   Group for your wife?

12             MR. BRUCE:  Nope.

13             TRUSTEE:  Hello?

14             UNIDENTIFIED MALE:  Oh, yeah, I'm here for the

15   meeting for BDC Group.

16             TRUSTEE:  Okay.  Who are you?

17             UNIDENTIFIED MALE:  (Inaudible.)

18             TRUSTEE:  I'm sorry, I can't hear you.  You've got

19   a lot of background noise.

20             UNIDENTIFIED MALE:  Capital Installations and

21   Services.

22             TRUSTEE:  You're going to have to say it again.

23             UNIDENTIFIED MALE:  Capital Installations and

24   Services.

25             TRUSTEE:  Okay.  And are you just an employee for

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                        California Firm Registration #179
LEXITAS
Exhibit D page021

1  them?  What's your status with them?

2          UNIDENTIFIED MALE:  They owe me some money.  I was

3  a subcontractor.

4          TRUSTEE:  Okay.  Is it Dennis Bruce that owes or is

5  it BDC Group?

6          UNIDENTIFIED MALE:  What was that?  BDC.  BDC.

7          TRUSTEE:  Okay.  And that's who owed you money?

8          UNIDENTIFIED MALE:  Yes.

9          TRUSTEE:  Okay.  Well, we're about -- we're an hour

10  into this -- well, 45 minutes into this phone call right now.

11  Okay.  I've got some other questions that I want to ask.

12  Let's see.

13          Did you make a -- on the lease of the BMW, I

14  think it was a lease in February of '23, did you make a down

15  payment?

16          MR. BRUCE:  I don't believe so.

17          TRUSTEE:  Did you prepay any of the lease payments?

18          MR. BRUCE:  No.

19          TRUSTEE:  Was that your personally driven vehicle

20  from the time that it was leased?

21          MR. BRUCE:  It actually was a vehicle my wife

22  drives.  I drove a company BDC Group owned vehicle for my

23  usage standpoint.  And then we shared the Wrangler.

24          TRUSTEE:  So the two of you drove the Jeep Wrangler

25  that was sold?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                       California Firm Registration #179
                                                                          Exhibit D page022
LEXITAS

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G    Page 27 of 64
Audio Transcription

Page 23

1          MR. BRUCE:  Yes.

2          TRUSTEE:  Did you provide a financial statement to

3    the leasing company when you acquired the lease?

4          MR. BRUCE:  I don't know if I filled out a

5    financial statement other -- I mean an application and say

6    what my income was, if that's what you're asking, yes.

7          TRUSTEE:  You have listed -- or I have seen

8    evidence of several credit cards that you would have used.

9    Have all of those credit card balances been paid as of the

10   time you filed this case, March 4?  I'm sorry if you

11   answered.  I didn't get it.

12         MR. BRUCE:  Yes, they were paid in full at the time

13   of filing.

14         TRUSTEE:  And you continued to use those credit

15   cards up until the time you did file?

16         MR. BRUCE:  I started cutting back and

17   transitioning to my wife.

18         TRUSTEE:  What do you -- I'm not sure I understand

19   transitioning to your wife.

20         MR. BRUCE:  Well, I cut back my usage.  But, yes, I

21   did use it all the way up until March.

22         TRUSTEE:  Okay.  Did your wife have separate credit

23   cards?

24         MR. BRUCE:  She has a separate credit card, yes.

25         TRUSTEE:  Only one that you know of?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                        California Firm Registration #179

LEXITAS

Exhibit D page023

1         MR. BRUCE:  Fair statement.  To my knowledge, I

2    think she has two.

3         TRUSTEE:  Okay.  Did you make payments on those

4    credit cards?

5         MR. BRUCE:  I did not, no.

6         TRUSTEE:  We -- you've disclosed that you made --

7    let's see -- you split the Robinhood account, I think you

8    split a certificate of deposit, and then you paid off the

9    mortgage.  Were there any other transfers -- direct transfers

10   to your wife or transfers that would have benefited her that

11   occurred in the year prior to filing?

12        MR. BRUCE:  Not that I'm aware of, no.

13        TRUSTEE:  Did you transfer to -- or did you travel

14   to Mexico this spring?

15        MR. BRUCE:  No.

16        TRUSTEE:  Did you go anywhere else more than 500

17   miles from Iowa at any time prior to today and during 2024?

18        MR. BRUCE:  Yes.

19        TRUSTEE:  Where would that have been?

20        MR. BRUCE:  I went to a job interview for Vertek,

21   the corporate offices in Florida.  I flew there.  The company

22   paid for it.

23        TRUSTEE:  Okay.

24        MR. BRUCE:  But then I drove to an interview with

25   another company in South Dakota.  It was more than -- I think

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                California Firm Registration #179
LEXITAS
Exhibit D page024

Audio Transcription

1    it was more than 500 miles.

2              TRUSTEE:  Okay.

3              MR. BRUCE:  Maybe not.

4              TRUSTEE:  It seemed like it, I'm sure.

5              MR. BRUCE:  Yeah, it was a long drive.

6              TRUSTEE:  Yeah, I'll bet.  Do you know a Paul

7    Turner?

8              MR. BRUCE:  It sounds familiar.

9              TRUSTEE:  Would either you or the company have sold

10   a motor vehicle to him sometime in November -- October or

11   November of '23?

12             MR. BRUCE:  Yes.  The company sold the vehicle,

13   yeah.

14             TRUSTEE:  What kind of vehicle was it?

15             MR. BRUCE:  It was a pickup truck, Dodge Ram.

16             TRUSTEE:  Okay.  So do you know him now, now that

17   you've refreshed your recollection?

18             MR. BRUCE:  I mean, yes.  I looked it up, yeah.

19             TRUSTEE:  Do you recall the date of filing of the

20   corporate bankruptcy?

21             MR. BRUCE:  The Chapter 11 was filed sometime, I

22   believe, June 13.

23             TRUSTEE:  June 13th?

24             MR. BRUCE:  June 13, 2023.

25             TRUSTEE:  Okay.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

Exhibit D page025

1          MR. BRUCE:  And they converted to a Chapter 7 in

2    February -- or January.

3          TRUSTEE:  That's fine.  Were there any sales of

4    corporate property that occurred from June 13 until the time

5    the case was converted?

6          MR. BRUCE:  Anything that was sold was disclosed to

7    the -- during that Chapter 11 process, yes.

8          TRUSTEE:  So there should be an application to sell

9    that's of record in the bankruptcy case, that's your belief?

10          MR. BRUCE:  I don't know if anything was turned

11    into the courts, but there was communication within our

12    attorney and the trustee and we recorded and reported monthly

13    statements of the daily transactions for the company.

14          TRUSTEE:  So the Dodge Ram that was sold, who

15    negotiated that sale to Paul Turner?

16          MR. BRUCE:  I did.

17          TRUSTEE:  And how did you know Paul Turner?

18          MR. BRUCE:  I did not.

19          TRUSTEE:  Okay.  So how did you find Paul Turner to

20    buy this vehicle or to sell the vehicle to him?

21          MR. BRUCE:  The vehicle was advertised.

22          TRUSTEE:  Okay.  The loan at the credit union was

23    paid off; is that right?

24          MR. BRUCE:  That is correct.

25          TRUSTEE:  What happened to the balance of the sales

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

Exhibit D page026

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 31 of 64
Audio Transcription

Page 27

1   proceeds?

2           MR. BRUCE:  Any remaining balance went to BDC.

3           TRUSTEE:  Okay.  Do you know how much the truck was

4   sold for, the Dodge Ram?

5           MR. BRUCE:  I do not recall.

6           TRUSTEE:  So you're saying that --

7           MR. BRUCE:  (Inaudible.)

8           TRUSTEE:  I'm sorry, I interrupted.

9           MR. BRUCE:  (Inaudible) by my CFO.

10          TRUSTEE:  I'm sorry, I didn't hear that.

11          MR. BRUCE:  All of the financial transactions were

12  handled by my CFO.

13          TRUSTEE:  Okay.  So the money that came in from the

14  sale to Paul Turner, that would have been handled by the CFO?

15          MR. BRUCE:  The money was handled by me to be able

16  to get access to the title and --

17          TRUSTEE:  So was the check payable to you?

18          MR. BRUCE:  -- then -- and then the remaining went

19  to BDC.

20          TRUSTEE:  Did he, Paul Turner, pay by check or did

21  he pay cash?

22          MR. BRUCE:  I don't -- I think -- I don't recall.

23          TRUSTEE:  Would he have written the check to you or

24  to the corporation?

25          MR. BRUCE:  I don't recall.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Exhibit D page027

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 32 of 64
Audio Transcription

Page 28

1        TRUSTEE:  Did he write a check or did he pay cash?

2        MR. BRUCE:  I believe he paid cash.

3        TRUSTEE:  Do you know what the purchase price was?

4        MR. BRUCE:  No.

5        TRUSTEE:  Did you give a bill of sale to him?

6        MR. BRUCE:  I don't think so.

7        TRUSTEE:  Is there a cable company that you were

8   involved in at the time that the BDC bankruptcy was being

9   converted?

10        MR. BRUCE:  No.

11        TRUSTEE:  If I -- I don't want to put words in your

12   mouth, but I think your answer was that all transfers of

13   assets by the corporation were told to your attorney and to

14   the U.S. Trustee; is that correct?

15        MR. BRUCE:  I believe that's what -- yeah, yes.

16        TRUSTEE:  Were there any sales proceeds of

17   corporate assets that were either payable to you or payable

18   to your wife?

19        MR. BRUCE:  No.

20        TRUSTEE:  So there would be no transfers of money

21   or property from the corporation to your wife in the year

22   prior to filing?

23        MR. BRUCE:  Only her payroll.

24        TRUSTEE:  How about to you?  Would there have been

25   any transfers of money or property other than payroll to you

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                        California Firm Registration #179
                                                                                                            Exhibit D page028

LEXITAS

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 33 of 64
Audio Transcription

Page 29

1   at any time in the year prior to filing?

2          MR. BRUCE:  Nothing but payroll.

3          TRUSTEE:  Okay.

4          MR. BRUCE:  Everything was recorded.

5          TRUSTEE:  Okay.  Let's start with questions by

6   everybody else that's on the phone.  Mark, do you have

7   questions for Caterpillar?

8          MR. LUDOLPH:  I have just one briefly, and I think

9   I asked Mr. Bruce this on the BDC meeting of creditors.  But

10  has he gotten any further communication on the insurance

11  claim for the collateral that was stolen in Virginia?

12         MR. BRUCE:  I informed the trustee and the bank

13  that the insurance claim has been denied by the insurance

14  company.

15         MR. LUDOLPH:  Okay.  Do you have a copy of that

16  denial or --

17         MR. BRUCE:  I have the -- a voice recording that I

18  submitted to the trustee.

19         MR. LUDOLPH:  Okay, thank you.  I'll -- I will --

20  did they give a basis for the denial?

21         MR. BRUCE:  Some clause that didn't make sense.

22         MR. LUDOLPH:  Okay.  Thank you.  That's all of the

23  questions I have.

24         TRUSTEE:  Okay.  Evan, do you have questions on

25  behalf of Green Note Capital Partners?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                                California Firm Registration #179

LEXITAS

Exhibit D page029

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 34 of 64
Audio Transcription

Page 30

1          MR. MOSCOVE:  Yes, I have a few.  It shouldn't take

2    too long.  I was just wondering, can you spell Vertek?  I'm

3    Not familiar with that company.

4          MR. BRUCE:  V-E-R-T-E-K.

5          MR. MOSCOVE:  You said they're out of Florida.  Do

6    you know where in Florida?

7          MR. BRUCE:  Boca Raton.

8          MR. MOSCOVE:  And what are you doing for them, sir?

9          MR. BRUCE:  Sales.

10          MR. MOSCOVE:  Okay.  And are you a W-2 wage earner

11    or 1099 independent contractor?

12          MR. BRUCE:  W-2.

13          MR. MOSCOVE:  Okay.  Now, as far as your dealings

14    with Green Note -- I'm sorry I just heard some feedback.

15    Excuse me.

16          So in any event, as far as your dealings with

17    Green Note, it looks like you, as guarantor, and BDC entered

18    into contracts probably on or around April 19th of 2023; does

19    that sound about right?

20          MR. BRUCE:  That sounds about right.  I'm not sure

21    of the exact date.

22          MR. MOSCOVE:  Yeah, no.  And how did you get in

23    touch with them?

24          MR. BRUCE:  My CFO found them online --

25          MR. MOSCOVE:  Okay.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                        California Firm Registration #179

LEXITAS

Exhibit D page030

1          MR. BRUCE:  -- to my knowledge.

2          MR. MOSCOVE:  And the April 19th contract, you

3     know, it could be a day before or a day after, but was there

4     just one contract between you guys or were there prior

5     dealings or subsequent contracts?  I'm just trying to get a

6     sense of how many agreements there were between BDC and Green

7     Note.

8          MR. BRUCE:  To my knowledge, there's nothing prior

9     to that.

10         MR. MOSCOVE:  Okay.  Okay.  Anything after or no?

11         MR. BRUCE:  Not that I'm aware of.

12         MR. MOSCOVE:  And how was -- and how was -- how

13    would you characterize the performance of BDC, you know, in

14    that April/May 2023 time frame?

15         MR. BRUCE:  Can you clarify the question.

16         MR. MOSCOVE:  Yeah, just, was the company -- yeah,

17    sure.  Was the company losing money at the time that you

18    entered into the BDC and Green Note contract -- that BDC

19    entered into a contract with Green Note or, you know, was it

20    profitable in that time frame?

21         MR. BRUCE:  We were -- had lost a lawsuit in the

22    fall of 2022 that impacted cash, and the results of impacting

23    that cash is why we're -- received a loan from Green Note.

24         MR. MOSCOVE:  Okay.  And that lawsuit was with who

25    again?

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                                     California Firm Registration #179
LEXITAS
Exhibit D page031

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Audio Transcription   Page 36 of 64

Page 32

1          MR. BRUCE:  I'm looking.

2          MR. MOSCOVE:  I mean, if it's disclosed somewhere

3  then -- I was just -- I could probably look to save everyone

4  time as long as it's the May 2022 lawsuit.  That's when it

5  was?

6          MR. MARTIN:  It's probably disclosed on the BDC

7  Group bankruptcy.

8          MR. MOSCOVE:  It does ring a bell.  Yeah, no, it

9  does ring a bell.  I thought maybe he would be able to

10 remember, but no big deal.

11         MR. BRUCE:  (Inaudible.)

12         MR. MOSCOVE:  Excuse me, Liquid something?

13         MR. BRUCE:  Liquid Capital.

14         MR. MOSCOVE:  Oh, okay.  Thank you.  And the money

15 that you received from Green Note, what did BDC -- the money

16 that BDC received from Green Note, what did BDC use that for?

17         MR. BRUCE:  To pay vendors.

18         MR. MOSCOVE:  Okay.  And was it a lump sum payment

19 that BDC received or was it payments every week?  How did

20 that work?

21         MR. BRUCE:  I don't recall specifically.

22         MR. MOSCOVE:  Okay.  Okay.  Do you remember the

23 vendors that received that -- the vendors that the money --

24 the money -- let me start over, I'm sorry.

25              The money that BDC received from Green Note to

888-893-3767                    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.          LEXITAS
www.lexitaslegal.com                              California Firm Registration #179

Exhibit D page032

1   pay vendors, do you recall which vendors were paid, some of

2   them?

3           MR. BRUCE:  No. I didn't handle that.  My CFO did.

4           TRUSTEE:  What was his name again?

5           MR. BRUCE:  Todd Shores.

6           MR. MOSCOVE:  Okay.  Did you -- I'm sorry.  Did BDC

7   obtain any loans after the Green Note loan?  Were there any

8   additional loans that BDC received before they filed for

9   bankruptcy but after the Green Note loan?

10          MR. BRUCE:  I don't recall.

11          MR. MOSCOVE:  Okay.  Okay.  I think that's all I

12  have for you today, sir.  Thank you very much.

13          TRUSTEE:  Okay.  How about Eric Langston?

14          MR. LANGSTON:  Bruce, when you were at BDC you sold

15  some equipment to Ditch Witch of Virginia; correct?

16          MR. BRUCE:  BDC Group did.

17          MR. LANGSTON:  Yeah.  And so, for instance, there

18  was a -- there was a May 5, 2023 bill of sale that was made

19  between BDC and Ditch Witch of Virginia and it was signed for

20  by BDC Group by the president and CEO.  Would that have been

21  you?

22          MR. BRUCE:  That would have been me.

23          MR. LANGSTON:  Okay.  But that equipment was

24  encumbered by a senior secured creditor, was it not?

25          MR. BRUCE:  Yes.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                      California Firm Registration #179

LEXITAS

Exhibit D page033

Page 34

1          MR. LANGSTON:  And the bill of sale said that you

2   warranted that that equipment was being sold free and clear

3   of all liens (inaudible) and adverse claims of every nature

4   and description; correct?

5          MR. BRUCE:  I don't know that.

6          MR. LANGSTON:  In the bill of sale it would have

7   made some representations (inaudible); correct?

8          MR. BRUCE:  Say that again.

9          MR. LANGSTON:  Sure.  The bill of sale, it would

10  have contained some representations and warranty by you;

11  correct?

12         MR. MARTIN:  Wait a second.  Eric, I don't want to

13  be too much of a jerk here because I know you're trying to

14  get some information.  But you keep saying "you," and today

15  we're doing Dennis Bruce.  The person that sold the equipment

16  or any equipment was BDC Group.

17         If you're going to try to testify into this 341

18  meeting about the content of a bill of sale without the

19  actual documents, I'm going to have to object to that.  If

20  you want to do your own 2004 examination, I invite you to do

21  so.

22         But today, without those documents, I'm going to

23  caution my client to just deal with answering any question

24  based on his memory.  And it sounds like that today he does

25  not have the actual memory of that particular document.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.          LEXITAS
www.lexitaslegal.com                        California Firm Registration #179
                                                                              Exhibit D page034

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 39 of 64
Audio Transcription

Page 35

1          MR. LANGSTON:  He did say that he remembered

2     signing it.

3          MR. BRUCE:  I recall signing a bill of sale.  Do I

4     have any specifics to that?  I have no idea.  Honestly, I

5     can't even recall that it said "bill of sale" on it.

6          MR. LANGSTON:  All right.  I think those were the

7     questions I had.

8          TRUSTEE:  Okay.  Capital Installation and Services,

9     do you have questions?

10         UNIDENTIFIED MALE:  No, no questions.

11         TRUSTEE:  Okay.  I think that's all of the parties

12    that have appeared.  Is there anyone else on the phone that

13    has not appeared that might have some questions?

14         MS. SHIELDS:  I am here.  Kathy Shields with Lamoni

15    Directional Drilling.  But I do not have any questions.

16         TRUSTEE:  What was your last name?

17         MS. SHIELDS:  Shields, S-H-I-E-L-D-S.

18         TRUSTEE:  And you're with whom?

19         MS. SHIELDS:  Lamoni Heating, Cooling, and

20    Directional Boring.

21         TRUSTEE:  Okay.  Anyone else?  Okay.  I don't hear

22    anybody.

23         MR. MOSCOVE:  I have one additional question, if

24    I -- if that's okay.  It's Evan Moscove with Green Note.

25         TRUSTEE:  Sure.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.          LEXITAS
www.lexitaslegal.com                      California Firm Registration #179
                                                                                    Exhibit D page035

1          MR. MOSCOVE:  Yeah, Mr. Bruce, I'm sorry, I should

2    have asked you this before but I got distracted.

3          In any event, just going back to the payment of

4    the vendors from BDC Group, it looks like you testified that

5    you -- I'm sorry.  It looks like you testified that BDC paid

6    vendors with the money that it received from Green Note.

7    Probably about two months later there was a bankruptcy filing

8    by BDC Group.

9          Did something happen to the business from the

10   time you, you know, paid off the vendors to the June 2023

11   bankruptcy filing that, you know, caused that to occur?

12          MR. BRUCE:  Yes.

13          MR. MOSCOVE:  And what was that, sir?

14          MR. BRUCE:  We lost the contracts of over

15   $8 million.

16          MR. MOSCOVE:  I'm sorry.  And those are with?

17          MR. BRUCE:  We had purchase orders -- BDC Group had

18   purchase orders of over $8 million.  The customer withdrew

19   those purchase orders.

20          MR. MOSCOVE:  Do you know why they withdrew them?

21          MR. BRUCE:  I can't answer it for them.

22          MR. MOSCOVE:  And this customer was?

23          MR. BRUCE:  (Inaudible.)

24          MR. MOSCOVE:  I'm sorry, it's a phone issue.  I

25   heard "IG."

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179

Exhibit D page036

1        MR. BRUCE:  SummitIG.

2        MR. MOSCOVE:  SummitIG.  And that unfortunate

3   incident with SummitIG, approximately when did that occur?

4   Was it May of last year?

5        MR. BRUCE:  I can't tell you the exact date.  I

6   don't recall.  It's too long ago.

7        MR. MOSCOVE:  Okay.  But it was after the Green

8   Note loan -- or after the Green Note contract and before the

9   bankruptcy filing?

10       MR. BRUCE:  Yeah.

11       MR. MOSCOVE:  Okay, thank you.  I'm sorry about

12   that, sir.  Thank you.

13       TRUSTEE:  Okay.  I don't think -- I don't have any

14   other questions.  And I think everybody else has asked their

15   questions.  I don't hear anybody asking for more opportunity.

16            Mr. Bruce, have you understood all of my

17   questions today?

18       MR. BRUCE:  I believe so.

19       TRUSTEE:  Have you answered each of the questions

20   truthfully and completely?

21       MR. BRUCE:  To the best of my knowledge, yes.

22       TRUSTEE:  Okay.  All right.  I don't have any other

23   questions.  That'll conclude this meeting.  Everyone's

24   welcome to leave the call.  Thank you.

25       MR. MARTIN:  Hey, Larry.  Ron Martin.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                           California Firm Registration #179

LEXITAS

Exhibit D page037

Case 24-09020   Doc 1-1   Filed 07/15/24   Entered 07/15/24 13:33:17   Desc Exhibit
Exhibits A - G   Page 42 of 64
Audio Transcription

Page 38

1          TRUSTEE:  Yes?

2          MR. MARTIN:  Just to let you know, we will amend

3   the stuff on the schedules.  My paralegal's been taking

4   notes.  We will get those so that we have got corrected

5   information so that those are correct.

6               The issue with the K-1 to potentially come to

7   Dennis is, he's not -- doesn't have the ability today to hire

8   an accountant to go through BDC Group records.  So if you

9   want to hire an accountant to do that, naturally, any refund

10  that he would get above his exemption amount is going to be

11  the estate's, but the estate will have to hire the accountant

12  to do that.  The BDC Group trustee is not willing to do so,

13  is my understanding.

14          TRUSTEE:  All right.

15          MR. MARTIN:  I just wanted to let you know.

16          TRUSTEE:  Okay, thank you.

17

18

19

20

21

22

23

24

25

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Exhibit D page038

Case 24-09020    Doc 1-1    Filed 07/15/24    Entered 07/15/24 13:33:17    Desc Exhibit
Exhibits A - G    Page 43 of 64
Audio Transcription

Page 39

1                    CERTIFICATE OF REPORTER

2

3          I, Sarah M. Elvington, RPR, do hereby certify that

4    the foregoing audio transcription was produced to the best of

5    my ability and may include inaudible sections.

6          I further certify that I am neither counsel for,

7    related to, nor employed by any parties to the action, and

8    further, that I am not a relative or employee of any counsel

9    or attorney employed by the parties thereto, nor financially

10   or otherwise interested in the outcome of this action.

11

12

13

14   _____

15                                    Court Reporter

16

17

18

19

20

21

22

23

24

25

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                          California Firm Registration #179

Exhibit D page039

**$**

**$1,737.02** 11:13

**$10,000** 7:21

**$16,250** 13:22

**$23,754** 7:14

**$50,000** 6:19

**$60,000** 10:17

**$8** 36:15,18

**1**

**1** 18:9

**1099** 30:11

**11** 25:21 26:7

**12** 16:4

**13** 25:22,24 26:4

**13th** 25:23

**180** 19:25

**19th** 30:18 31:2

**2**

**2** 6:9 18:9

**2004** 34:20

**2016** 14:13,16

**2018** 13:16

**2022** 31:22 32:4

**2023** 11:18 14:25
16:22 17:9,17
21:8 25:24 30:18
31:14 33:18 36:10

**2024** 24:17

**23** 22:14 25:11

**24** 13:17,20

**24-00179** 2:3

**3**

**341** 3:21 34:17

**4**

**4** 2:4 4:3 13:5
14:10,22 15:2
19:7,11,25 20:4,9
23:10

**430** 5:17

**45** 22:10

**5**

**5** 33:18

**50** 7:14

**50,000** 5:1

**500** 24:16 25:1

**6**

**6** 6:5,9

**6,724.58** 7:4

**6,800** 6:23

**7**

**7** 26:1

**8**

**8** 7:10 10:16

**9**

**9** 12:9

**A**

**ability** 38:7

**abundance** 19:3

**access** 7:22 8:1,3
9:8 27:16

**accessed** 9:12

**account** 7:15,17,
24 8:4 9:9,10,11
10:6,7 13:23
15:19,23,24 16:3
24:7

**accountant** 38:8,
9,11

**accounts** 15:16,
18,20,23 16:9

**accumulated** 19:2

**acquired** 14:15
23:3

**actual** 34:19,25

**add** 17:25

**additional** 4:21
33:8 35:23

**address** 2:12,15
8:3

**addresses** 3:17

**adverse** 34:3

**advertised** 26:21

**advise** 2:16 20:1

**Affairs** 4:6 6:5
10:16 12:10

**affirm** 2:6

**agreement** 5:18,
22

**agreements** 31:6

**agrees** 3:21

**Allen** 2:21

**amend** 38:2

**amount** 5:1 7:21
38:10

**amount's** 10:18

**answering** 34:23

**app** 7:19

**apparently** 8:15

**appearance** 2:23
3:7,14

**appeared** 35:12,
13

**application** 23:5
26:8

**approximately**
37:3

**April** 30:18 31:2

**April/may** 31:14

**assessed** 18:15,
19

**asset** 9:24 20:2

**assets** 28:13,17

**assist** 9:17

**assume** 12:17

**assumption** 5:21

**attention** 5:4

**attorney** 2:17 4:7
20:1 26:12 28:13

**ATVS** 19:10

**authentication**
8:16,23 9:1

**aware** 5:5 24:12
31:11

**B**

**back** 4:1 5:25 8:19
23:16,20 36:3

**background** 21:19

**balance** 11:18
26:25 27:2

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179
LEXITAS
Exhibit D page040

**balances** 23:9

**bank** 13:23 15:15 16:4 29:12

**bankruptcy** 2:17 5:6 8:2,9 9:8,19 20:2,3 25:20 26:9 28:8 32:7 33:9 36:7,11 37:9

**based** 6:10 16:24 34:24

**basis** 29:20

**BDC** 12:22,24 16:13,24 17:1,2,4, 6 18:1,11,23 21:9, 10,15 22:5,6,22 27:2,19 28:8 29:9 30:17 31:6,13,18 32:6,15,16,19,25 33:6,8,14,16,19, 20 34:16 36:4,5,8, 17 38:8,12

**BDC/DENNIS** 15:5

**beginning** 11:17

**behalf** 2:21 29:25

**belief** 26:9

**bell** 32:8,9

**beneficiary** 19:20

**benefit** 20:15

**benefited** 24:10

**bet** 25:6

**big** 32:10

**bill** 28:5 33:18 34:1,6,9,18 35:3,5

**BMW** 5:15,16,25 14:25 15:3 22:13

**Boca** 30:7

**Boring** 35:20

**briefly** 29:8

**bring** 9:18

**brokerage** 7:15 8:14 10:7

**brought** 5:4

**Bruce** 2:3,5,9,14 4:1,4,9,12,14,17, 21,25 5:2,5,8,11, 14,19 6:10,13,18, 21,25 7:2,6,8,11, 12,16,19 8:1,17, 21 9:1,7,11 10:4, 9,13,23 11:1,7,10, 16,19,22,25 12:12,15,18,22,25 13:7,11,14,18,21, 24 14:1,4,7,11,13, 16,18,21,23 15:3, 5,10,13,21 16:1,3, 8,12,17,20,23 17:11,13,15,18, 21,25 18:6,11,14, 17 19:8,12,15,19, 22 20:7,13,17,19, 21,23 21:2,5,7,9, 12 22:4,16,18,21 23:1,4,12,16,20, 24 24:1,5,12,15, 18,20,24 25:3,5,8, 12,15,18,21,24 26:1,6,10,16,18, 21,24 27:2,5,7,9, 11,15,18,22,25 28:2,4,6,10,15,19, 23 29:2,4,9,12,17, 21 30:4,7,9,12,20, 24 31:1,8,11,15, 21 32:1,11,13,17, 21 33:3,5,10,14, 16,22,25 34:5,8, 15 35:3 36:1,12, 14,17,21,23 37:1, 5,10,16,18,21

**bucks** 6:23

**business** 8:2 36:9

**buy** 26:20

_____

**C**

**cable** 28:7

**call** 9:2 22:10 37:24

**called** 20:24

**Candace** 7:11

**Capital** 3:7 21:20, 23 29:25 32:13 35:8

**card** 3:20 20:6,12 23:9,24

**cards** 23:8,15,23 24:4

**case** 2:3,6,11,13, 16,19,24 3:24 4:3, 7 5:10,13 13:5 14:10 15:1,20 19:7 20:3,10 23:10 26:5,9

**cash** 10:5 18:25 19:1 27:21 28:1,2 31:22,23

**cashier's** 20:5,11

**Caterpillar** 2:21 29:7

**caused** 36:11

**caution** 19:3 34:23

**CEO** 33:20

**certificate** 24:8

**CFO** 27:9,12,14 30:24 33:3

**change** 2:15 17:5, 22

**Chapter** 25:21 26:1,7

**characterize**

**31**:13

**check** 27:17,20,23 28:1

**checking** 15:18

**checks** 18:22 20:5,11

**child** 20:16

**circumstances** 16:24

**claim** 19:6 29:11, 13

**claims** 34:3

**clarify** 15:4 31:15

**clause** 29:21

**clear** 34:2

**client** 3:24 34:23

**close** 18:24

**closed** 7:17 15:23

**code** 8:19

**collateral** 29:11

**Collins** 15:17 16:10,18

**communication** 26:11 29:10

**Community** 15:17 16:18

**companies** 16:15

**company** 15:6,13 22:22 23:3 24:21, 25 25:9,12 26:13 28:7 29:14 30:3 31:16,17

**comparison** 12:19

**completely** 37:20

**conclude** 37:23

**conference** 12:3

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                           California Firm Registration #179



Exhibit D page041

**confirm** 3:22 6:13

**contact** 9:4

**contained** 34:10

**content** 34:18

**continued** 23:14

**contract** 31:2,4, 18,19 37:8

**contractor** 30:11

**contracts** 30:18 31:5 36:14

**converted** 26:1,5 28:9

**Cooling** 35:19

**copy** 17:9,16,21 29:15

**Corp** 17:5

**corporate** 18:5 24:21 25:20 26:4 28:17

**corporation** 2:22 12:17 15:9 17:24 27:24 28:13,21

**corporations** 16:16

**correct** 4:15,17 5:2 6:11,17,21 7:6,9,16 8:21 10:13 13:21,24 17:25 26:24 28:14 33:15 34:4,7,11 38:5

**corrected** 38:4

**correspondence** 9:3

**Counsel** 3:22

**couple** 9:3

**court** 2:17 9:19 20:2

**court-ordered** 20:14

**courts** 26:11

**created** 16:19

**credit** 15:16,17 16:18 20:6,12 23:8,9,14,22,24 24:4 26:22

**creditor** 33:24

**creditors** 2:2 18:10 29:9

**customer** 36:18, 22

**cut** 19:1 23:20

**cutting** 23:16

**D**

**daily** 26:13

**Dakota** 24:25

**damages** 19:7

**date** 4:3 13:5 14:9 19:7 20:10 25:19 30:21 37:5

**day** 31:3

**days** 19:25

**deal** 32:10 34:23

**dealings** 30:13,16 31:5

**dealt** 8:14

**death** 19:25

**debit** 20:6,11

**debt** 5:15

**debtor** 2:10 3:24

**debts** 5:12 14:19 18:3,4,5

**denial** 29:16,20

**denied** 29:13

**Dennis** 2:3 8:7 9:17,22 10:8 12:22 18:21 22:4 34:15 38:7

**Department** 18:10

**depending** 16:23 17:23

**depict** 3:23

**deposit** 15:25 24:8

**deposited** 13:22

**description** 34:4

**digging** 11:2

**direct** 24:9

**Directional** 35:15, 20

**disclosed** 10:21 13:9 24:6 26:6 32:2,6

**disclosure** 7:13

**discussed** 8:7

**distracted** 36:2

**Ditch** 3:13 33:15, 19

**document** 5:24,25 6:1 11:4 34:25

**documents** 3:21 4:6,11,13,15,18 5:21 34:19,22

**Dodge** 25:15 26:14 27:4

**dollars** 11:15,16

**double** 14:1

**Drilling** 35:15

**drive** 25:5

**driven** 22:19

**driver's** 3:19,22

8:22

**drives** 22:22

**drove** 22:22,24 24:24

**E**

**e-mail** 8:3,19,20 9:4 13:9

**e-mailed** 9:3

**E/f** 18:9

**early** 13:17

**earner** 30:10

**echo** 12:3

**edges** 16:7

**employed** 20:20, 22 21:8,9

**employee** 21:25

**employment** 16:25 21:10

**encumbered** 33:24

**end** 11:22 12:14

**end-of-the-year** 11:7

**enter** 5:17

**entered** 30:17 31:18,19

**entire** 4:2

**entitled** 19:23

**entity** 21:4

**equipment** 33:15, 23 34:2,15,16

**Eric** 3:12,18 33:13 34:12

**error** 4:18,20

**estate** 8:9 19:21

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179



Exhibit D page042

38:11

**estate's** 38:11

**Evan** 3:6,17 29:24 35:24

**event** 30:16 36:3

**Everyone's** 37:23

**evidence** 23:8

**exact** 7:8 30:21 37:5

**examination** 34:20

**exclude** 14:10

**excuse** 5:20 9:16 30:15 32:12

**exempt** 9:24

**exemption** 38:10

**expenses** 20:15

**extra** 11:12,15

**F**

**F&m** 16:4

**Fair** 24:1

**fall** 31:22

**familiar** 4:10 6:2 25:8 30:3

**February** 22:14 26:2

**federal** 9:19 17:10, 19 19:17

**feedback** 30:14

**fees** 6:5,6

**file** 3:13 8:7,8 19:14 23:15

**filed** 2:3,11,13,23 3:7 4:3,7 5:6,10, 13 13:5 14:9 15:1, 20 16:21,24 17:5,

7,17 19:7,13 20:10 23:10 25:21 33:8

**filing** 4:22 7:23 8:2 9:7 12:23 13:3 14:6 17:2 23:13 24:11 25:19 28:22 29:1 36:7,11 37:9

**filled** 23:4

**final** 7:2

**financial** 2:21 4:6 5:16 6:4 10:16 12:10 23:2,5 27:11

**find** 26:19

**fine** 26:3

**flew** 24:21

**floating** 7:24

**Florida** 24:21 30:5,6

**flow** 18:25

**forwarded** 3:23

**found** 4:19 7:4 30:24

**four-wheelers** 19:10

**frame** 31:14,20

**free** 34:2

**full** 23:12

**funds** 7:23 13:14, 15 16:8

**G**

**gave** 14:2

**give** 2:6 13:6 28:5 29:20

**Good** 9:14

**grand** 8:8

**Green** 3:7 29:25 30:14,17 31:6,18, 19,23 32:15,16,25 33:7,9 35:24 36:6 37:7,8

**Greenstate** 15:16 16:10

**Group** 12:22,24 16:13,24 17:1,2,4, 6 18:1,11,24 21:9, 11,15 22:5,22 32:7 33:16,20 34:16 36:4,8,17 38:8,12

**guarantees** 12:25

**guarantor** 30:17

**guys** 31:4

**H**

**half** 7:14 14:2

**hand** 2:5

**handle** 33:3

**handled** 27:12,14, 15

**happen** 36:9

**happened** 26:25

**hear** 21:18 27:10 35:21 37:15

**heard** 30:14 36:25

**Heating** 35:19

**heir** 19:20

**Hey** 37:25

**Heyl** 2:20

**hire** 38:7,9,11

**holder** 6:16 10:22 11:5

**home** 6:16 14:12, 20

**Honestly** 35:4

**horrible** 12:3

**hour** 22:9

**hundred** 11:15,16

**I**

**I's** 16:25

**IBMC** 6:15 10:22

**idea** 35:4

**identify** 9:14

**IG** 36:25

**impacted** 31:22

**impacting** 31:22

**improvement** 14:20

**inaudible** 3:12 6:10 9:22 10:1 13:2 16:9 21:17 27:7,9 32:11 34:3, 7 36:23

**incident** 37:3

**income** 23:6

**independent** 30:11

**information** 3:20 4:11 34:14 38:5

**informed** 29:12

**inherit** 19:23

**initially** 12:24

**Installation** 35:8

**Installations** 21:20,23

**instance** 33:17

**insurance** 19:24

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

Exhibit D page043

29:10,13

**intend** 17:2

**interest** 11:8
14:25 15:19 16:14
20:25

**interested** 2:18

**Internal** 18:9

**interrupted** 27:8

**interview** 24:20,24

**invested** 10:11

**investment** 10:3,4
17:23

**invite** 34:20

**involved** 28:8

**Iowa** 3:19 4:2
18:10 19:17 24:17

**IRA** 16:18,19

**IRS** 19:4

**issue** 36:24 38:6

J

**January** 13:17,19
26:2

**Jeep** 13:16 15:3
22:24

**jerk** 34:13

**job** 24:20

**joint** 10:17 16:15

**jointly** 14:3 15:8

**June** 25:22,23,24
26:4 36:10

K

**K-1** 38:6

**Kathy** 35:14

**kind** 25:14

**knees** 9:20

**knowledge** 5:5
24:1 31:1,8 37:21

L

**L-U-D-O-L-P-H** 3:3

**Lamoni** 35:14,19

**Langston** 3:12
33:13,14,17,23
34:1,6,9 35:1,6

**Larry** 8:6 9:16
12:21 18:18 37:25

**lawsuit** 31:21,24
32:4

**lawsuits** 12:1,2,8,
11,14

**lease** 5:16,21
22:13,14,17 23:3

**leased** 22:20

**leasing** 23:3

**leave** 37:24

**left** 10:5

**legal** 6:5,6

**lender** 19:1

**liability** 16:15 17:6

**license** 3:19,23
8:22

**liens** 34:3

**life** 19:24

**limited** 16:15

**Liquid** 32:12,13

**list** 5:9,12,15 9:4
12:1 15:15 16:13
18:3,9

**listed** 11:5 12:9
13:12 14:24 23:7

**listing** 11:8

**loan** 26:22 31:23
33:7,9 37:8

**loans** 15:10 33:7,8

**locate** 11:20

**long** 14:12 25:5
30:2 32:4 37:6

**longer** 7:22 8:2,3

**looked** 25:18

**losing** 31:17

**losses** 17:4

**lost** 31:21 36:14

**lot** 21:19

**Ludolph** 2:20,25
3:3 29:8,15,19,22

**lump** 10:20 32:18

M

**made** 6:6 12:17
24:6 33:18 34:7

**make** 2:16 3:16
9:19 12:13 19:25
22:13,14 24:3
29:21

**makes** 17:7

**MALE** 12:4 21:14,
17,20,23 22:2,6,8
35:10

**March** 2:4 4:3 13:5
14:10,22 15:2
19:7,11,25 20:4,9
23:10,21

**Marion** 2:12

**Mark** 2:20 3:2,17
29:6

**Martin** 3:25 5:20,
24 6:8 8:6,12
9:16,22 10:1,7

12:21 13:2 18:7,
18 32:6 34:12
37:25 38:2,15

**Martin's** 6:7

**meeting** 2:2 3:21
21:15 29:9 34:18
37:23

**memory** 34:24,25

**Mexico** 24:14

**miles** 24:17 25:1

**million** 36:15,18

**minimum** 11:12

**minutes** 22:10

**money** 12:10
15:25 17:18 19:5,
7 20:5,11 22:2,7
27:13,15 28:20,25
31:17 32:14,15,
23,24,25 36:6

**month** 11:11,16

**monthly** 10:24
11:10 26:12

**months** 16:4 36:7

**mortgage** 4:23
6:15,16 10:17,22
11:3,4,18,20
14:14,15,17 24:9

**Moscove** 3:6,11
30:1,5,8,10,13,22,
25 31:2,10,12,16,
24 32:2,8,12,14,
18,22 33:6,11
35:23,24 36:1,13,
16,20,22,24 37:2,
7,11

**motor** 13:9 14:24
15:1 25:10

**mouth** 28:12

888-893-3767
www.lexitalegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179
LEXITAS
Exhibit D page044

Case 24-09020    Doc 1-1    Filed 07/15/24    Entered 07/15/24 13:33:17    Desc Exhibit
Exhibits A - G    Page 49 of 64
Audio Transcription

Index: naturally..put

**N**

**naturally** 9:17 38:9

**nature** 34:3

**necessarily** 15:10, 11

**needed** 8:7,8 9:8

**negotiated** 26:15

**newly** 16:19

**noise** 21:19

**normal** 10:23

**Note** 3:7 29:25 30:14,17 31:7,18, 19,23 32:15,16,25 33:7,9 35:24 36:6 37:8

**notes** 38:4

**notice** 3:21

**November** 25:10, 11

**number** 7:8 9:2,9 10:18 12:1,2,8 15:15

**O**

**object** 34:19

**obligation** 20:15, 18

**obtain** 33:7

**occur** 36:11 37:3

**occurred** 24:11 26:4

**occurs** 19:25

**October** 25:10

**office** 3:23 6:7 8:19,20

**offices** 24:21

**online** 8:14 9:13 30:24

**open** 2:16

**opportunity** 37:15

**opposed** 5:21

**orders** 20:5,11 36:17,18,19

**organization** 20:23

**original** 14:17

**outcome** 17:5

**owe** 19:5,17 20:17 22:2

**owed** 17:19 18:2 19:2 22:7

**owes** 22:4

**owing** 5:15

**owned** 14:3,12 22:22

**ownership** 14:25 15:19 16:13,14 17:24 20:25 21:3

**P**

**paid** 7:13 10:17 11:3,8,10,12,14 14:14 15:7,13 23:9,12 24:8,22 26:23 28:2 33:1 36:5,10

**paralegal's** 38:3

**part** 4:18

**parties** 9:4 35:11

**Partners** 3:7 29:25

**partnerships** 16:15

**party** 18:21

**passport** 8:24

**Paul** 25:6 26:15, 17,19 27:14,20

**pay** 20:15 27:20, 21 28:1 32:17 33:1

**payable** 27:17 28:17

**payment** 4:21,23 6:5,6,19,22 7:3,10 10:24 11:10,11 12:14 18:2 22:15 32:18 36:3

**payments** 6:15 10:17,20,21 11:5 12:17 22:17 24:3 32:19

**payroll** 18:12,16 28:23,25 29:2

**people** 12:24

**percent** 7:14

**performance** 31:13

**person** 34:15

**personal** 12:25 18:4

**personally** 4:10 12:12,15,16 15:3 17:6,11,17 18:15, 19 22:19

**petition** 4:5

**phone** 2:18 9:2 12:3 22:10 29:6 35:12 36:24

**pickup** 25:15

**picture** 8:22

**plan** 18:25

**policy** 19:24

**portal** 9:13

**position** 18:21

**possession** 14:9

**Possibly** 12:18

**potentially** 38:6

**prepaid** 20:6,11

**prepay** 22:17

**presently** 20:20

**president** 33:20

**pretty** 13:2

**previously** 5:7

**price** 28:3

**primary** 19:1

**printed** 9:10

**prior** 4:2 7:23 10:20 13:4 14:6 15:24 20:4,9 24:11,17 28:22 29:1 31:4,8

**proceed** 3:18

**proceeds** 19:24 27:1 28:16

**process** 18:1 26:7

**profitable** 31:20

**property** 5:9 8:9 12:10 13:6 14:5,9 19:6 20:2 26:4 28:21,25

**provide** 11:24 17:9,16 23:2

**provided** 5:24

**purchase** 20:4,10 21:3 28:3 36:17, 18,19

**purchasing** 10:9

**put** 9:23 19:3 28:11

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

Exhibit D page045

**Q**

**question** 6:4,5,9
7:10 9:15 10:16,
23 12:9 17:3,14
18:17 31:15 34:23
35:23

**questions** 22:11
29:5,7,23,24 35:7,
9,10,13,15 37:14,
15,17,19,23

**quick** 6:13

**R**

**raise** 2:5

**Ram** 25:15 26:14
27:4

**Raton** 30:7

**rattle** 9:20

**reached** 9:1,3

**reaching** 9:18

**reaffirmation**
5:18,22

**real** 6:13

**recall** 11:6 25:19
27:5,22,25 32:21
33:1,10 35:3,5
37:6

**receive** 11:7 19:24
20:5,10

**received** 11:6,21,
22 31:23 32:15,
16,19,23,25 33:8
36:6

**recently** 14:14

**recollection** 25:17

**record** 12:6 26:9

**recorded** 4:22

26:12 29:4

**recording** 29:17

**records** 38:8

**reflected** 3:20

**refreshed** 25:17

**refund** 19:18 38:9

**refunds** 19:16

**regular** 11:10

**reindeer** 3:4

**remained** 2:12

**remaining** 27:2,18

**remains** 2:16

**remember** 3:9 7:8
32:10,22

**remembered** 35:1

**repair** 14:20

**rephrase** 20:8

**reported** 26:12

**representations**
34:7,10

**request** 16:23

**required** 19:14

**requirement** 11:12

**reside** 4:2

**residence** 4:22

**responsible**
18:20,21

**result** 12:11 19:24

**results** 31:22

**retain** 5:17

**return** 17:19 18:1
19:17

**returns** 16:21
17:9,17 19:13

**Revenue** 18:9,10

**review** 4:5

**reviewed** 3:19
4:11

**ring** 32:8,9

**Robinhood** 7:14,
24 9:2 14:10
15:22 24:7

**Ron** 5:20 8:6 9:16
12:21 18:18 37:25

**Royster** 2:21

**S**

**S-H-I-E-L-D-S**
35:17

**sale** 13:8 26:15
27:14 28:5 33:18
34:1,6,9,18 35:3,5

**sales** 26:3,25
28:16 30:9

**save** 32:3

**savings** 15:19

**Schedule** 18:8

**schedules** 4:5
5:10,13 6:3 10:21
12:2 14:25 18:4
38:3

**secured** 5:16 19:1
33:24

**Security** 3:20

**sell** 13:5 26:8,20

**send** 8:18

**senior** 33:24

**sense** 17:7 29:21
31:6

**separate** 23:22,24

**Service** 18:9

**Services** 2:22 5:16
21:21,24 35:8

**shared** 22:23

**Shields** 35:14,17,
19

**Shores** 33:5

**showed** 2:12

**sign** 4:13,16

**signed** 4:8 5:25
33:19

**signing** 35:2,3

**simpler** 3:16

**sir** 4:25 30:8 33:12
36:13 37:12

**small** 6:22 19:17

**smaller** 17:19

**snowmobiles** 19:9

**Social** 3:20

**sold** 13:17,19,25
14:1,5 22:25 25:9,
12 26:6,14 27:4
33:14 34:2,15

**sort** 19:6 20:5,11

**sound** 6:23 30:19

**sounds** 7:6,9
13:21 25:8 30:20
34:24

**South** 24:25

**specifically** 32:21

**specifics** 35:4

**spell** 30:2

**split** 14:2 24:7,8

**spouse** 20:16

**spring** 24:14

**standpoint** 22:23

**start** 21:6 29:5
32:24

**started** 20:23

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179
LEXITAS
Exhibit D page046

23:16

**state** 4:2 17:10,19

**stated** 9:7

**statement** 4:6 6:4 10:16 11:21 12:9 23:2,5 24:1

**statements** 9:10, 12 26:13

**status** 22:1

**stayed** 12:24 15:6

**stock** 7:22 10:2,4, 9 16:14

**stocks** 10:8,12

**stolen** 29:11

**stuff** 38:3

**subcontractor** 22:3

**submitted** 29:18

**subsequent** 31:5

**suing** 12:25

**sum** 10:20 32:18

**Summitig** 37:1,2,3

**support** 20:15

**supposed** 18:22

**swear** 2:5

**sworn** 2:10

---

**T**

**taking** 8:22 38:3

**talked** 10:19 14:10 19:16

**talking** 6:2 11:15 18:7

**tax** 11:4 16:21 17:6,9,17 18:3,4,5 19:13,16

**taxes** 11:23 17:2,6 18:13,16 19:2

**ten** 8:8

**terminate** 12:14

**testified** 36:4,5

**testify** 34:17

**testimony** 2:6

**That'll** 37:23

**there'll** 18:1

**thought** 18:25 32:9

**time** 2:11 4:16 5:4 7:20 8:12 14:21 15:1,20,24 18:25 22:20 23:10,12,15 24:17 26:4 28:8 29:1 31:14,17,20 32:4 36:10

**title** 27:16

**titled** 13:10 15:6,8

**titles** 15:11

**today** 7:21 10:11 17:3 24:17 33:12 34:14,22,24 37:17 38:7

**Todd** 33:5

**told** 28:13

**top** 6:14

**touch** 30:23

**transactions** 26:13 27:11

**transfer** 13:6 24:13

**transferred** 14:5 16:8

**transfers** 24:9,10 28:12,20,25

**transitioning**

23:17,19

**travel** 24:13

**truck** 25:15 27:3

**true** 4:15

**trust** 19:21

**trustee** 2:2,11,15, 23 3:1,5,9,15 4:1, 5,10,13,15,19,20, 23 5:1,3,6,9,12, 15,23 6:1,9,12,14, 19,22 7:1,4,7,10, 13,17,25 8:5,11, 13,18,25 9:6,9,14, 21,25 10:2,5,10, 14,25 11:2,9,14, 17,20,24 12:1,5, 13,16,20 13:1,4,8, 12,16,19,22,25 14:3,5,8,12,14,17, 19,22,24 15:8,12, 15,22 16:2,6,11, 13,18,21 17:1,8, 12,14,16,20,22 18:3,8,12,15 19:5, 9,13,16,20,23 20:9,14,18,20,22, 25 21:3,6,8,10,13, 16,18,22,25 22:4, 7,9,17,19,24 23:2, 7,14,18,22,25 24:3,6,13,16,19, 23 25:2,4,6,9,14, 16,19,23,25 26:3, 8,12,14,17,19,22, 25 27:3,6,8,10,13, 17,20,23 28:1,3,5, 7,11,14,16,20,24 29:3,5,12,18,24 33:4,13 35:8,11, 16,18,21,25 37:13,19,22 38:1, 12,14,16

**truth** 2:7,8

**truthfully** 37:20

**turned** 26:10

**Turner** 25:7 26:15, 17,19 27:14,20

**twice-a-month** 11:11

**two-factor** 8:15

**two-wheeled** 19:10

---

**U**

**U.S.** 28:14

**unable** 7:20,22

**understand** 10:10 17:8 18:17 23:18

**understanding** 18:23,24 19:3 38:13

**understood** 37:16

**unfortunate** 37:2

**UNIDENTIFIED** 12:4 21:14,17,20, 23 22:2,6,8 35:10

**union** 15:16,17,18 16:18 26:22

**unpaid** 14:19,21

**usage** 22:23 23:20

---

**V**

**V-E-R-T-E-K** 30:4

**vehicle** 5:17 13:9, 15,25 14:24 22:19,21,22 25:10,12,14 26:20,21

**vehicles** 15:1,5,14 19:10

**vendors** 32:17,23 33:1 36:4,6,10

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179
Exhibit D page047

**ventures** 16:15

**Veridian** 15:16,17
16:9

**versus** 18:2

**Vertek** 20:24 21:6
24:20 30:2

**video** 8:22

**Virginia** 3:13
29:11 33:15,19

**Voelker** 2:21

**voice** 29:17

---

## W

**W-2** 30:10,12

**W-2S** 16:25

**wage** 30:10

**Wait** 34:12

**wanted** 38:15

**warranted** 34:2

**warranty** 34:10

**watercraft** 19:10

**website** 9:4

**week** 32:19

**weeks** 21:7

**weight** 9:19

**wife** 7:11 14:2,11
16:25 21:8,11
22:21 23:17,19,22
24:10 28:18,21

**Witch** 3:13 33:15,
19

**withdraw** 7:20,23

**withdrew** 36:18,20

**wondering** 30:2

**words** 28:11

**work** 8:23,24
10:15 32:20

**Wrangler** 15:4
22:23,24

**write** 12:6 17:23
28:1

**writing** 18:22

**written** 27:23

---

## Y

**year** 11:6,17,23
15:24 16:1,7 20:4,
9 24:11 28:21
29:1 37:4

**years** 4:2 13:4
14:6

**yesterday** 3:8

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com          California Firm Registration #179

Exhibit D page048



**Joseph E. Day**
jday@drpjlaw.com

**Mark H. Rettig**
markr@drpjlaw.com

**Ronald C. Martin †**
ronm@drpjlaw.com
**† Also Admitted in Texas**

**Paula L. Roby**
paula@drpjlaw.com

<u>**Senior Associate**</u>

**Erica L. Yoder**
eyoder@drpjlaw.com

June 25, 2024

<u>*Sent via First Class U.S. Mail or e-mail to:*</u>
Janet Reasoner, Assistant U.S. Trustee
United States Federal Courthouse
111 Seventh Avenue SE, Box 17
Cedar Rapids, IA 52401-2101
Janet.G.Reasoner@usdoj.gov

Re: Inquiry Letter regarding Dennis C. Bruce, Ch. 7 No. 24-100179

Dear Ms. Reasoner:

This letter is in response to your letter of inquiry regarding the Chapter 7 bankruptcy case filed for Dennis Bruce. Below are your inquiries with the Debtor's responses.

**Bank Account Information:**

1. Identify all bank accounts over which Dennis Bruce had signatory authority in the two years prior to filing bankruptcy, including the name on each account, the name of each financial institution and the account number of each account.

<u>Response 1</u>: Keystone Bank for BDC Group, name on account unknown, account number unknown.

2. Debtor listed accounts at Collins Community Credit Union, Green State Credit Union, and two accounts at Veridian Credit Union. Provide a copy of the credit union statements, deposit slips with supporting documentation, and copies of any checks, front and back for each account of these four accounts from March, 2023 to March, 2024.

<u>Response 2</u>: Copies of the following bank statements are attached:
    o   Collins CCU – checking x7388
    o   GreenState CU – savings x905-0001 + checking x905-0041
    o   Veridian CU – savings x3101 + checking x1315
Debtor did not use debit cards or checks for everyday purchases, but rather used his Capital One credit card. That credit card account is now closed.

**P.O. Box 2877, 150 First Avenue NE, Suite 415, Cedar Rapids, IA 52406-2877**
**Phone:  319-365-0437  •  Fax:  319-365-5866**

*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*

Client / Matter
June 25, 2024
Page 2

3. Did the Debtor remove his name from any bank accounts that were either joint accounts or accounts in his non-filing spouse's name? If so, provide the details including the name of the financial institution, account number(s) and date that his name was removed from the account(s).

Response 3: No.

4. Was Mr. Bruce signatory to Candace Bruce's business account in the past two years? If so, provide a copy of the bank statements for that account from March, 2023 to March, 2024.

Response 4: No.


**Conduit Direct, LLC:**

5. Debtor filed amendments to his Schedules and SOFA to disclose his interest in Conduit Direct Group, LLC ("Conduit Direct"). Regarding Debtor's interest in this entity, provide the following information:

    a. On what date did Dennis Bruce obtain his interest in Conduit Direct?

    Response 5a: January 25, 2023.

    b. Provide a copy of any written agreement(s) regarding Mr. Bruce's acquisition of his interest in Conduit Direct.

    Response 5b: A copy of the CDG Operating Agreement is attached.

    c. Debtor's amendment reports that he held a 19% interest in Conduit Direct on the date he filed bankruptcy, March 4, 2024. How much did Mr. Bruce invest or otherwise contribute for his interest in Conduit Direct in 2023 and 2024?

    Response 5c: $125,000.00, all in 2023.

    d. Did Mr. Bruce contribute property rather than money to Conduit Direct as consideration for his interest in the company? If so, identify the property contributed and provide a copy of the document(s) that. completed or accomplished the transfer.
    Response 5d: No.

    e. Provide the names and contact information of the other owners of Conduit Direct.

    Response 5e:
- Trevor Brady, 120 50th Ave SW, Ste 300, Cedar Rapids, IA 52404
- Raymond Gerald Beranek, 120 50th Ave SW, Ste 300, Cedar Rapids, IA 52404
- Ethan Davidson, 120 50th Ave SW, Ste 300, Cedar Rapids, IA 52404
- Dennis Bruce (Debtor)

Client / Matter
June 25, 2024
Page 3

f. Provide the dates and amount of each of the Debtor's payment(s) to invest in Conduit Direct.

Response 5f:
- Payment 1: 03/27/2023, $110,000.00
- Payment 2: unknown date in 2023, $15,000.00

g. Identify the source or sources of funds Mr. Bruce used to invest in Conduit.

Response 5g: Debtor transferred money from his GreenState savings account and his personal Collins CU account to Conduit Direct's Collins CU business account.

h. Identify the account or accounts from which the funds were withdrawn to make the investment in Conduit Direct.

Response 5h: GreenState savings (x905-0001) and Collins checking (x7388).

i. Identify whether the investment was made by check, Cashier's Check, Money Order, ACH transfer, or cash.

Response 5i: The investment was made through electronic transfers.

j. Provide a copy of any such check, cashier's check or money order or other financial instrument.

Response 5j: Refer to GreenState and Collins checking statements.


**2018 Jeep Wrangler:**

6. Debtor reported that he sold a 2018 Jeep Wrangler prior to filing this Ch. 7 case. Regarding that sale, provide the following:

a. The date of and amount of the sale.

Response 6a: The sale occurred in January 2024, and the sale amount was $32,500.00.

b. Identify the buyer and contact information for the buyer.

Response 6b: Debtor does not recall the name of the dealership out of Missouri that purchased the Jeep. The buyer was found through Autotrader.com.

c. Was the vehicle free and clear? If not, identify the secured lender and amount of the lien payoff.

Response 6c: Yes.

Client / Matter
June 25, 2024
Page 4

d. If there was a lien on the vehicle, what were the net proceeds of the sale after paying off the lien?

Response 6d: There was no lien.

e. Identify the financial institution where the proceeds of the sale of the 2018 Jeep Wrangler were deposited, include the name of the account and account number.

Response 6e: The proceeds were split, and half went into Debtor's Collins personal account at Collins CU, while the other half went into his wife's personal account.

f. Was the Jeep jointly titled in Debtor and his spouses names?

Response 6f: No. It was titled to the Debtor; however, the vehicle was used by both he and his spouse.


**BMW Lease:**

7. The Debtor reported in the Statement of intention that he leased a 2023 BMW 430i and that he would be reaffirming the lease. During the 341 Meeting, there was a clarification that the Lease would be assumed, not reaffirmed. Regarding that vehicle, provide the following information:

a. Whose name(s) were on the original lease of the BMW? Provide a copy of the original BMW Lease.

Response 7a:
- Name: Dennis Clifford Bruce
- Document: BMW Lease Agreement, 02/13/2023

b. What was the amount of the downpayment, if any, on the original lease and who made that payment?

Response 7b:
- Downpayment: $2,066.37
- Paid by: Dennis Bruce (Debtor)

c. Did the Debtor assume the BMW' lease? If so, on what date? Provide a copy of the lease assumption documentation.

Response 7c:
- Assumed Lease: Yes, on 03/20/24.
- Document: BMW lease agreement - AIS Portfolio Services - fully executed 2024-03-22

d. Provide a copy of any lease application associated with the Debtor leasing this vehicle.

Client / Matter
June 25, 2024
Page 5

     <u>Response 7d</u>: Debtor does not have a copy.

**Homestead:**

8. Debtor liquidated assets in the year prior to filing bankruptcy and used some of the proceeds to pay off the Mortgage on the Debtor's jointly owned home. What were the sources of the funds besides the Robinhood brokerage account that were used to pay off the mortgage? Provide the following information regarding the liquidation of assets:

    a. Identify each asset that was sold or otherwise transferred in the year prior to filing which generated proceeds used towards paying off the mortgage.

    <u>Response 8a</u>: Robinhood brokerage account, Jeep Wrangler sale, and savings.

    b. Provide the date of the sale of each asset identified in l0(a) and the amount received for any such sale or transfer.

    <u>Response 8b</u>:
- Robinhood: November 2023, $23,754.00 (Debtor's share)
- Jeep Wrangler: January 2024, $16,250.00 (Debtor's share)

9. The Debtor testified at the 341 Meeting that he negotiated the sale of a Dodge Ram Pickup Truck for BDC Group, Inc in October or November 2023 to Paul Turner. Regarding that sale, provide the following information:

    a. Was the pickup sold, a 2019 Dodge Ram Truck, VIN No.3C6UR5DL4KG692889?

    <u>Response 9a</u>: Debtor is not sure.

    b. Mr. Bruce testified at the 341 meeting that he handled the sale of the 2019 Dodge Ram vehicle to Mr. Turner. How much did Mr. Turner pay for the vehicle?

    <u>Response 9b</u>: Debtor does not recall.

    c. Was the payment for this vehicle by check, cash, Cashier's Check, or Money Order? If not, identify the method of payment.

    <u>Response 9c</u>: Cash.

    d. Was the payment on the vehicle made out to Mr. Bruce, or to BDC Group, Inc?

    <u>Response 9d</u>: Not applicable.

Client / Matter
June 25, 2024
Page 6

e. Identify the account used by Mr. Bruce to make the payment to GreenState Credit Union to release their lien on title to the vehicle in October, 2023

<u>Response 9e</u>: Not applicable.

f. Identify the amount of the net proceeds of the 2019 Dodge Ram sale after the payoff to Green State Credit Union.

<u>Response 9f</u>: Debtor does not recall.

g. Were the net proceeds of the sale of the 2019 Dodge Ram vehicle turned over to BDC? So, provide documentation which reflects that transaction.

<u>Response 9g</u>: Any remaining funds went to BDC Group. Debtor does not have access to the documentation.

h. If Mr. Bruce retained the net proceeds of the vehicle sale, identify where he deposited or held those funds and how those funds were used.

<u>Response 9h</u>: Debtor does not have access to BDC Group accounting documentation.


**Credit cards:**

10. Did the Debtor pay down or pay-off any of his, or his spouse's credit card(s) in the six months prior to filing? If so, provide the details including the name of bank/credit card, the last four digits of that card and the amount and date of those payments, if any.

<u>Response 10</u>: No.

11. Debtor listed credit card(s) with zero, or low balances, on Schedule E/F. Provide a copy of credit card statements from March, 2023 to March, 2024 for the Debtor's personal credit cards, including the following:

a. Capital One Account No. 1760

<u>Response 11a</u>: Since Capital One closed the account upon the bankruptcy filing, Debtor no longer has access to historical statements.

b. Green State Credit Union Account No. 7865

<u>Response 11b</u>: Attached is the GreenState Visa summary statement; the only documentation available since the account was closed.

c. Veridian Credit Union Account No. 1152

Client / Matter
June 25, 2024
Page 7

    <u>Response 11c</u>: Attached are the Veridian Visa statement; the only documentation available since the account was closed.

12. Was the Debtor an authorized user on his spouse's credit card(s) in the year prior to filing? If so, identify any such bank card/credit card and the last four digits on each account.

<u>Response 12</u>: No.

13. Did the Debtor make any payments on his spouse's credit card(s) or her business credit card(s) in the year prior to filing?

<u>Response 13</u>: No.

14. Did the Debtor reimburse or otherwise contribute funds for the purpose of paying his spouse's personal business credit card(s) in the year prior to filing? If so, provide the details.

<u>Response 14</u>: No.

15. Debtor testified at the 341 that he had traveled to Boca Raton for a job interview. Did his family travel to Florida for a vacation while Mr. Bruce was in Florida for his job interview?

<u>Response 15</u>: The family did not attend.

16. If the Debtor joined his family on vacation, identify who paid for the plane fare, lodging and other costs associated with the trip. If the charges were made on one of the Debtor's credit cards, or a credit card for which he was an authorized user, identify that credit card.

<u>Response 16</u>: Not applicable.


**BDC Group, Inc:**

17. On June 21, 2023, Mr. Bruce testified· at the BDC hearing on the Motion to Pay Critical Vendors, that he had personally put $50,000 into BDC in December. (2022). Identify the source of the $50,000 that he contributed to BDC and provide a copy of the financial instrument or documentation that reflects that transfer.

<u>Response 17</u>: Debtor wrote a check from his personal GreenState account. He does not have access to the documentation from December 2022.


**Request for Additional Documents:**

18. If the Debtor opened a new bank account(s) after the filing of his Chapter 7 bankruptcy, provide a copy of the opening statement and signature card and the source of the opening deposit for that account.

Client / Matter
June 25, 2024
Page 8

Response 18: No new bank accounts have been opened.

19. Provide a COPY of the Debtor's personal financial statements provided to Keystone Savings Bank and F &M Bank in 2022.

Response 19: Debtor does not have copies.

20. Provide a copy of the Debtor's homeowner's insurance policy declaration sheet and attached personal property schedules from 2022 and 2023. It is not necessary to provide the entire policy).

Response 20: Debtor does not have copies.

21. Provide a copy of the 2022 and 2023 vehicle insurance policy(s) on all motor vehicles owned or leased by the Debtor and his spouse and their minor children.

Response 21: Debtor does not have copies.

22. If Mr. Bruce purchased any Cashier's Checks or Money Orders within two years of filing bankruptcy, provide copies.

Response 22: Not applicable.

Sincerely,
DAY RETTIG MARTIN, P.C.

Ronald C. Martin
Paula L. Roby
Attorneys for Dennis Bruce

**GreenState**
CREDIT UNION

PO Box 800, North Liberty, IA 52317-0800
800-397-3790 | www.GreenState.org

No. 0002014999

72-7509/2739
89500005

01/08/24

\*\*\* TWENTY-ONE THOUSAND ONE HUNDRED NINETY-ONE DOLLARS \*\*\*
\*\*\* AND 82 CENTS \*\*\*

$21,191.82

PAY | EXACTLY☞ 21,191 Dollars 82 Cents

TO THE
ORDER OF    DENNIS C BRUCE

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑆000 2014999⑆ ⑈273975098⑈ 273975098805⑈

Collins Community CU
SSPINK
1/8/2024, 14:40:35
456850082452832
TMID 456850082452832

Electronic Endorsements:
273972949  1/8/2024  000000139394483  BOFD 1/9/2024 $21,191.82
091000019  1/9/2024  000008746484547
061000146  1/9/2024  5717055116

pesl

Exhibit F 001



**Vehicle Information**

Back To Profile

👤 Licenses    🚗 Vehicles

JAY KEVIN CHELF
**Current Resident**

DNR Customer ID: 401432653

## View Settings ⚙️

### Registration Number: 3692BS
### Status:  Complete / Active (New)

### Expires:  04/30/2025

| Item | Registration Number | Date | Transaction # | Purchased Through | Status | Fulfillment Date |
|---|---|---|---|---|---|---|
| 548 - BOAT TRANSFER ⊞ More | 3692BS | 6/5/2023 10:36:05 AM | 21234348 (/Vessel/OrderDetails.aspx?oid=21234348&cid=401432653) | VRS-COUNTY RECORDER, SCOTT | Paid | |

| Reg # | HIN | Action | Date | Registration Status | Start Date | Expire Date |
|---|---|---|---|---|---|---|
| 3692BS | GDY38481K617 | Application Creation | 06/05/23 10:32 AM | In Progress | | |
| 3692BS | GDY38481K617 | Registration Transaction | 06/05/23 10:36 AM | Waiting on Documentation or Payment | | |
| 3692BS | GDY38481K617 | Approval Transaction | 06/05/23 10:36 AM | Complete | 6/5/2023 | 4/30/2025 |

Exhibit G page 001

## Sale Information

### Basic Information     📷 Sale Information     🔑 Lienholders     $ Tax Information

## Sale Information

**Purchased From::**

**State Purchased From:**

**Date of Purchase:**

**Seller Name:** BRUCE, DENNIS CLIFFORD

**Previous Out of State Registration Number:**

**Seller Street Address:** 565 EASTVIEW AVE

**Seller City, State, Zip Code:** MARION, IA 52302-5974

**Seller Phone #:** (319) 551-5033

**Bond Start Date:**                                 **Bond End Date:**

**Gross Purchase Price:**

**Sales Taxes Already Paid:**

## Title History

| Title Number | Issue Date | Transaction Date | Type |
|---|---|---|---|
| 82T201805 | 6/5/2023 | 6/5/2023 | Original |

## Registration Documents

| Document | Required? | Status (Click to Upload) | Support / Notes | Transaction |
|---|---|---|---|---|
| Valid Payment | Required | Accepted / Upload Documentation | A valid payment consists of a check, money order, or credit card transaction. | 21234348 (/Vessel/OrderDetails.aspx?oid=21234348&cid=401432653) |

Exhibit G page 002

| Proof of Ownership | Required | Accepted / Upload Documentation (/Vessel/RegistrationDocuments.aspx?id=1680200&cid=401432653) | Any of the following that is required: Receipt from Dealer (Bill of Sale), Original Title or Previous State Registration Card, or Bill of Sale. If you are unable to obtain any of the following, you must provide an Affidavit of Vessel Ownership. | (/Vessel/OrderDetails.aspx?oid=&cid=401432653) |
| Cancellation | | Accepted / Upload Documentation (/Vessel/RegistrationDocuments.aspx?id=1680225&cid=401432653) | Cancellation / Notification of Sale or Ownership Change documents | (/Vessel/OrderDetails.aspx?oid=&cid=401432653) |

## Co-Owner Information

No Co-Owners found.

## Add-on Items

| License Type ID | Term | License | | Price | |
|---|---|---|---|---|---|
| 1030 | Other | 1030 - FREE REPLACEMENT DURABLE VESSEL REGISTRATION CARD | No Cost Vessel Registration Card (Replacement) | $0.00 | ⇄ Add To Cart |

AgentID: 79902 - IOWA DNR User Name: peggy.elscott Role: DNR Customer Service

**Tech Support, Password Reset, & Printer Issues: (833) 426-0141 | Regulations & General Assistance (515) 725-8200 | Iowa Department of Natural Resources | Wallace State Office Bldg | 6200 Park Ave, Ste 200| Des Moines, IA 50321-1371 | ©2024 Go Outdoors Iowa LLC, Privacy Policy (https://www.iowa.gov/policies)**